**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-5104499** |
| 4. | **Debtor's address** | **Principal place of business**  **330 Cochiutate Road, #5088**  **Framingham, MA 01701**  Number, Street, City, State & ZIP Code  **Middlesex**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.intergalactic-tx.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**  
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5417__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** _____ Case number (*if known*)_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**   Case number (if known) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 19, 2023**
MM / DD / YYYY

X _/s/ Charles Allen_    **Charles Allen**
Signature of authorized representative of debtor    Printed name

Title  **President, Secretary & Treasurer**

**18. Signature of attorney**

X  _/s/ Andrew G. Lizotte_    Date **December 19, 2023**
Signature of attorney for debtor    MM / DD / YYYY

**Andrew G. Lizotte, Esq.**
Printed name

**Murphy & King, Professional Corporation**
Firm name

**28 State Street
Suite 3101
Boston, MA 02109**
Number, Street, City, State & ZIP Code

Contact phone **(617) 423-0400**    Email address **alizotte@murphyking.com**

**BBO #559609 MA**
Bar number and State

## INTERGALACTIC THERAPEUTICS, INC.
## CORPORATE VOTE

I, John Madden, Director of Intergalactic Therapeutics, Inc. (the "Corporation"), hereby certify that the following resolution was passed by the Corporation's board of directors on December 18, 2023.

**RESOLVED**: That, it being in the best interest of the Corporation to reorganize its business in the context of a Chapter 11 case, Charles Allen, President of the Corporation, be and hereby is authorized and directed to prepare and file on behalf of the Corporation a petition for relief under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED** That Charles Allen is authorized on behalf of the Corporation to (i) execute on behalf of the Corporation such pleadings, petitions, schedules and statements as may be deemed necessary or appropriate in connection with the bankruptcy case, and (ii) to execute such further documents and do such further acts as may be deemed necessary or appropriate with respect to the foregoing proceedings and actions; the execution of any document or the doing of any act in connection with such Chapter 11 proceedings to be conclusively presumed to be authorized by this vote;

**RESOLVED**: That, subject to the approval, if necessary, of the Court having jurisdiction of the Corporation's Chapter 11 case, the Corporation is authorized to retain: (i) Murphy & King, P.C. as its bankruptcy counsel; and (ii) Verdolino & Lowey, P.C. as its financial advisor, and such other professionals as may be required, subject in each instance to any power of said Court to determine their reasonable compensation and reimbursement of expenses, and to pay retainers as applicable.

In witness whereof, I have executed and affixed the seal of the Corporation on the date stated below.

Dated: December 18, 2023

_____
John Madden
Director

Fill in this information to identify the case:

Debtor name: **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **acCELLerate GmbH 12-14 Osterfeldstrasse 22529 Hamburg GERMANY** | | **Trade payable** | | | | **$424,760.00** |
| **Catalent Pharma Solutions - Kansas City 26318 Network Place Chicago, IL 60673-1318** | | **Trade payable** | | | | **$68,409.77** |
| **Charles River Laboratories 251 Ballardvale St Wilmington, MA 01887** | | **Trade payable** | **Unliquidated** | | | **$2,483,410.00** |
| **Clearview Healthcare Partners, LLC One Newton Place Suite 405 Newton, MA 02458** | | **Trade payable** | | | | **$157,000.00** |
| **Dana-Farber Cancer Institute, Inc PO Box 412846 Boston, MA 02241-2846** | | **Trade payable** | | | | **$38,550.00** |
| **Faber Daeufer and Itrato PC 890 Winter Street Waltham, MA 02451** | | **Trade payable** | | | | **$75,091.25** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FCGG Inc. DBA Fairway Consulting Group**<br>2 Simonson Court<br>Glen Head, NY 11545 | | Consulting Agreement | | | | $56,250.00 |
| **Galvanize Therapeutics, Inc**<br>3200 Bridge Pkwy<br>Redwood City, CA 94065 | | Collaboration and License Agreement | Contingent Unliquidated | | | $1,422,458.00 |
| **IGEA SPA**<br>Via Parmenide 10 A<br>41012<br>Capri<br>ITALY | | Trade payable | Disputed | | | $131,307.95 |
| **Jeffrey Lee Holyoke dba Continuous Quali**<br>57 County Street<br>Lakeville, MA 02347 | | Trade payable | | | | $75,600.00 |
| **Jin H Huh**<br>630 S Elliott Rd Unit 102<br>Chapel Hill, NC 27517 | | Consulting Agreement | Unliquidated | | | $107,257.55 |
| **Kaneka Eurogentec S.A.**<br>LIEGE Science Park Rue Bois Saint-Jean 5<br>4102 Ougr e<br>BELGIQUE | | Contract Services | Unliquidated | | | $307,989.23 |
| **Mispro Biotech Services Corporation**<br>450 East 29th Street Suite 602<br>New York, NY 10016 | | Trade payable | Unliquidated | | | $129,527.50 |
| **Prime Property Fund,LLC dba PPF OFF 150 Cambridge Park Drive LLC**<br>P.O. Box 21434<br>New York, NY 10087 | | Leased offices and lab space located at 150 Cambridgepark Drive, 8th Floor Cambridge, MA 02140 | Contingent Unliquidated Disputed Subject to Setoff | | | $1,892,339.39 |
| **Resilience Boston, Inc**<br>P.O. Box 736130<br>Dallas, TX 75373 | | Contract Manufacturing Agreement | | | | $5,000,000.00 |

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Richter-Helm BioLogics GmbH & Co. KG**<br>**Suhrenkamp 59**<br>**Hamburg**<br>**22335**<br>**GERMANY** | | **Trade payable** | **Unliquidated** | | | $1,092,086.86 |
| **Sharon Tan dba Tangram Development Solut**<br>**519 Harrison Ave Unit D612**<br>**Boston, MA 02118** | | **Consulting Agreement** | | | | $48,000.00 |
| **Stern IR, Inc.**<br>**1270 Avenue of the Americas**<br>**Suite 408**<br>**New York, NY 10020** | | **Trade payable** | | | | $85,860.25 |
| **The Catalytic Agency LLC**<br>**PO BOX #425009**<br>**Cambridge, MA 02142** | | **Consulting Agreement** | | | | $83,181.22 |
| **Wilson Sonsini Goodrich & Rosati PC**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304-1050** | | **Professional fees** | | | | $32,825.96 |

**United States Bankruptcy Court**
**District of Massachusetts**

In re   Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC                               Case No. _____
                                         Debtor(s)                                       Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the President, Secretary & Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12/19/23                                          _____
                                                        Charles Allen/President, Secretary & Treasurer
                                                        Signer/Title

OFFICIAL FORM 7

**United States Bankruptcy Court**
District of Massachusetts - Eastern Division

In re   Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC                          Case No.
                                            Debtor(s)                               Chapter    11

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I ____Charles Allen____, hereby declare(s) **under penalty of perjury** that all of the information contained in the voluntary petition and first day affidavit(singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   December 19, 2023

Signed:   _____/s/ Charles Allen_____
Charles Allen
(Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:   December 19, 2023

Signed:   /s/ Andrew G. Lizotte
Andrew G. Lizotte, Esq.
Murphy & King, Professional Corporation
28 State Street
Suite 3101
Boston, MA 02109
(617) 423-0400
alizotte@murphyking.com
Attorney for Affiant