**Fill in this information to identify the case:**

Debtor name    Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)   23-41067

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 22, 2023        X _____
                                                          Signature of individual signing on behalf of debtor

                                        **Charles Allen**
                                        Printed name

                                        **President, Secretary & Treasurer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-41067**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ 350,485.36

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ 350,485.36

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 30.28

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ 14,830,737.17

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b

$ 14,830,767.45

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-41067**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Cambridge Trust Company, P.O. Box 380186, Cambridge MA 02238-0186** | **Operating Account** | **4576** | $15,484.54 |
| 3.2. | **PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738** | **Operating Account** | **9948** | $185,766.91 |
| 3.3. | **Cambridge Trust Company, P.O. Box 380186, Cambridge MA 02238-0186** | **Sweep account** | **7327** | $0.00 |
| 3.4. | **Cambridge Trust Company, P.O. Box 380186, Cambridge MA 02238-0186** | **Cash collateral account for LOC** | **7492** | $0.00 |
| 3.5. | **Cambridge Trust Company, P.O. Box 380186, Cambridge MA 02238-0186** | **ICS sweep account** | **0339** | $0.00 |
| 3.6. | **Cambridge Trust Company, P.O. Box 380186, Cambridge MA 02238-0186** | **Savigs account** | **5533** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**          Case number *(If known)* **23-41067**
Name

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $201,251.45 |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Security Deposits held with CSC Leasing Company, 6802 Paragon Place, Suite 350, Richmond, VA  23230**          $56,761.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Refund due overpaid Credit Card - Brex**          $25.90

8.2. **Merchandise credit due from Teknova, 2451 Bert Drive, Hollister CA 95023**          $10.00

8.3. **Prepaid insurance Arch Insurance 4/11/23-5/1/24**          $10,774.44

8.4. **Prepaid Software license - Global Life Sciences Solutions 6/30/23-6/29/24**          $39,998.83

8.5. **Prepaid Software license - COMSOL 2/16/23 - 2/29/24**          $586.56

8.6. **Prepaid Software license - Greenhouse 4/12/23-4/11/24**          $4,866.30

8.7. **Prepaid Software license - Cloud Topco 5/11/23-5/10/24**          $2,082.50

8.8. **Prepaid Software license - Egnyte 5/16/23-5/15/24**          $8,500.00

8.9. **Prepaid Software license - LinkSquares 5/24/23-5/23/24**          $13,170.58

8.10. **Prepaid Software license - LinkedIn Corporation 5/1/23-4/30/24**          $2,177.08

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number *(If known)* **23-41067** |
|---|---|---|
| | Name | |

| 8.11. | **Prepaid Software license - Carta 6/18/23-6/18/24** | **$10,280.72** |
|---|---|---|

| 9. | **Total of Part 2.** | **$149,233.91** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Research materials including the Research Cell Bank for ABCA4 C3DNA, Purified C3DNA, preC3 Plasmid, glycerol stocks of PreC3 Constructs, and glycerol stocks of converted C3DNA from PreC3, as well as NHP retina samples obtained from Intergalactic's 3239-071 study** | | **$0.00** | | **Unknown** |
| | Lab consumables | | **$0.00** | | **Unknown** |

| 23. | **Total of Part 5.** | **$0.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number *(If known)* **23-41067** |
|---|---|---|
| | Name | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Specialty Lab Equipment with an original cost of $126,104.10 net of accumulated depreciation. Equipment returned to manufacturer in Italy for modification.** | **$92,476.34** | | **Unknown** |
| **30 MacBook Pro or Lenovo X1 Laptops** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

Debtor   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

Name

Case number *(If known)*  **23-41067**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**See attached** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.     **Total of Part 10.**                                                                                     **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.     **Notes receivable**

Debtor   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                          Case number *(if known)* **23-41067**
_____
Name

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

   **NOL from Federal Return**                          Tax year **2020**                          **Unknown**

   **NOL from Federal Return**                          Tax year **2021**                          **Unknown**

   **NOL from Federal Return**                          Tax year **2022**                          **Unknown**

73.   **Interests in insurance policies or annuities**
**Chubb Insurance Commercial Package expiring May 1,
2024**                                                                                **Unknown**

   **Chubb Insurance Auto policy expiring May 1, 2024**                          **Unknown**

   **Chubb Insurance Umbrella Liability policy expiring May
1, 2024**                                                                           **Unknown**

   **Chubb Insurance Workers Compensation policy
expiring May 1, 2024**                                                              **Unknown**

   **Arch Insurance Management Liability policy expiring
May 1, 2024**                                                                       **Unknown**

74.   **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
**Components of patent applications submitted by the
Debtor and Galvanize Therapeutics may contain
overlapping claims.**                                                               **Unknown**
   Nature of claim          **Patents**
   Amount requested                        **$0.00**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.   **Total of Part 11.**                                                          **$0.00**
   Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

INTERGALACTIC THERAPEUTICS PATENT SCHEDULE (December 20, 2023)



| Family No.<br><br>MLB Reference | Family Title | Title / Family Description | Country | Application No.<br>(Filing Date) | Patent No. | Status<br>(Action) |
|---|---|---|---|---|---|---|
| 1<br><br>5002 (IGT-002) | Synthetic C$^3$DNA 1 | SYNTHETIC DNA VECTORS AND METHODS OF USE<br><br>Directed to synthetic closed covalent circular DNA (C$^3$DNA), methods of producing synthetic C$^3$DNA, and methods of using C$^3$DNA for treatment of diseases. Includes disclosures directed to C$^3$DNA encoding ABCA4 and other ocular genes for treatment of retinal dystrophies, such as Stargardt disease. | U.S. Provisional | 62/643,336<br>(3/15/2018) | | Expired provisional |
| | | | U.S. Provisional | 62/749,369<br>(10/23/2018) | | Expired provisional |
| | | | PCT | PCT/US19/22511<br>(3/15/2019) | | Published / closed |
| | | | U.S. | 16/980,914<br>(9/15/2020) | | Pending<br>(Response to Non-Final Office Action due Feb 6 2024, extendable to May 6 2024) |
| | | | Australia | 2019233901<br>(3/15/2019) | | Pending<br>(Annuity Mar 15 2024) |
| | | | Canada | 3092088<br>(3/15/2019) | | Pending<br>(Request Examination and Annuity Mar 15 2024) |
| | | | China | 201980019118.X<br>(3/15/2019) | | Abandoned |
| | | | China<br>(Div) | 202311181118.4<br>(3/15/2019) | | Pending<br>(POA required and Response to Notice of Rectification due Feb 16 2024) |
| | | | Europe | 19766752.0<br>(3/15/2019) | | Pending<br>(Annuity Mar 15 2024) |
| | | | Hong Kong (from EP) | 62021033338.6<br>(6/18/2021) | | Pending<br>(Annuity Mar 15 2027) |
| | | | Israel | 276923<br>(3/15/2019) | | Pending |
| | | | India | 202017037925<br>(3/15/2019) | | Pending |
| | | | Japan | 2020545324<br>(3/15/2019) | | To be abandoned in favor of a divisional application<br>(OA response Jan 4 2024) |
| | | | Japan<br>(Div) | TBD | | To be filed by Jan 4 2024 |
| | | | Korea | 1020207028218<br>(3/15/2019) | | Pending |
| | | | Mexico | MX/a/2020/00579<br>(3/15/2019) | | Pending |
| 2<br><br>5003 (IGT-003) | Synthetic C$^3$DNA 2 | SYNTHETIC DNA VECTORS AND METHODS OF USE<br><br>Includes and expands the subject matter of Family 1 (synthetic C$^3$DNA) to include other | U.S. Provisional | 62/902,084<br>(9/18/2019) | | Expired provisional |
| | | | PCT | PCT/US20/51507<br>(9/18/2020) | | Published / closed |
| | | | Taiwan | 109132490<br>(9/18/2020) | | Pending |

INTERGALACTIC THERAPEUTICS PATENT SCHEDULE (December 20, 2023)



| Family No. MLB Reference | Family Title | Title / Family Description | Country | Application No. (Filing Date) | Patent No. | Status (Action) |
|---|---|---|---|---|---|---|
| | | disease indications, such as oncology. Claims broadly issued in US for synthetic $C^3DNA$ lacking an origin of replication, drug resistance gene, and recombination site. | U.S. | 17/365,805 (7/1/2021) | | Abandoned |
| | | | U.S. | 17/365,808 (7/1/2021) | 11,324,839 | Granted |
| | | | U.S. | 17/365,846 (7/1/2021) | 11,766,490 | Granted |
| | | | U.S. | 17/675,899 (2/18/2022) | 11,602,569 | Granted |
| | | | U.S. | 18/057,032 (11/18/2022) | 11,684,680 | Granted |
| | | | U.S. | 18/308,457 (4/27/2023) | | Pending |
| | | | Europe | 20866548.9 (9/18/2020) | | Pending (Response to Search Report Mar 29 2024) (Annuity Sep 18 2024) |
| | | | United Kingdom | 2204355.8 (9/18/2020) | | Pending (Order for acceptance Mar 18 2024) |
| | | | Australia | 2020351204 (9/18/2020) | | Pending (Annuity Sep 18 2024) |
| | | | Canada | 3151464 (9/18/2020) | | Pending (Request Examination and Annuity Sep 18 2024) |
| | | | China | 202080080113.0 (9/18/2020) | | Pending |
| | | | Israel | 291437 (9/18/2020) | | Pending |
| | | | India | 202217022159 (9/18/2020) | | Pending |
| | | | Japan | 2022-517337 (9/18/2020) | | Pending |
| | | | Korea | 10-2022-7012373 (9/18/2020) | | Pending |
| | | | Mexico | MX/a/2022/003291 (9/18/2020) | | Pending |
| 3 5004 (IGT-004) | Cell-free production of $C^3DNA$ | SYNTHETIC PRODUCTION OF CIRCULAR DNA VECTORS  Directed to methods of producing synthetic $C^3DNA$ in a cell-free system using restriction endonuclease digestion. | U.S. Provisional | 63/248,801 (9/27/2021) | | Expired provisional |
| | | | PCT | PCT/US22/77108 (9/27/22) | | Published (30M Nat'l entry Mar 27 2024) |

INTERGALACTIC THERAPEUTICS PATENT SCHEDULE (December 20, 2023)



| Family No.<br><br>MLB Reference | Family Title | Title / Family Description | Country | Application No.<br>(Filing Date) | Patent No. | Status<br>(Action) |
|---|---|---|---|---|---|---|
| 4<br><br>5005 (IGT-005) | Bacterially produced C³DNA | BACTERIALLY PRODUCED C3DNA<br><br>Directed to methods of producing C³DNA in bacterial cells, engineered cells for producing C³DNA, and bacterially produced C³DNA compositions. | U.S. Provisional | 63/291,871<br>(12/23/21) | | Expired provisional |
| | | | PCT | PCT/US22/82078<br>(12/23/21) | | Published<br>(30M Nat'l entry Jun 23 2024) |
| 5<br><br>5013 (IGT-013) | Peptides for gene delivery | POLYPEPTIDES AND METHODS OF USE<br><br>Directed to peptides and nanoparticles that can improve cellular uptake of non-viral vectors, such as C³DNA. | Provisional / U.S. | 63/331,452<br>(4/15/2022) | | Expired provisional |
| | | | PCT/ International | PCT/US2023/065763<br>(4/14/2023) | | Published<br>(30M Nat'l entry Oct 15 2024) |
| 6<br><br>5010 (IGT-010) | Ocular electrotransfer | OCULAR DELIVERY OF THERAPEUTIC AGENTS<br><br>Directed to methods of delivering non-viral vectors to the eye using electrotransfer. Specific embodiments include delivery of C³DNA encoding genes such as ABCA4 to the retina for treatment of retinal dystrophies, such as Stargardt disease.  Also included are electrodes desired for ocular electrotransfer. | U.S. Provisional | 63/163,350<br>(3/19/2021) | | Expired provisional |
| | | | U.S. Provisional | 63/167,296<br>(3/29/21) | | Expired provisional |
| | | | U.S. Provisional | 63/167,463<br>(3/29/21) | | Expired provisional |
| | | | U.S. Provisional | 63/167,437<br>(3/29/2021) | | Expired provisional |
| | | | U.S. Provisional | 63/293,297<br>(12/23/21) | | Expired provisional |
| | | | U.S. Provisional | 63/316,699<br>(3/4/22) | | Expired provisional |
| | | | PCT | PCT/US22/21209<br>(3/21/2022) | | Published / closed |
| | | | U.S. | 17/721,063<br>(4/14/2022) | | Abandoned |
| | | | U.S. | 18/156,891<br>(1/19/23) | | To be abandoned |
| | | | U.S. | 18/491,140<br>(10/20/2023) | | Pending<br>(Response to Notice Jan 2 2024, extendable) |
| | | | Australia | 2022238492<br>(3/21/2022) | | Pending<br>(Annuity Mar 21 2026) |
| | | | Canada | 3,212,469<br>(3/21/2022) | | Pending<br>(Annuity Mar 21 2024) |
| | | | China | 202280035586.8<br>(3/21/2022) | | Pending<br>(Request Examination and Voluntary Claim Amendments Mar 19 2024) |
| | | | Europe | 22772345.9<br>(3/21/2022) | | Pending<br>(Annuity Mar 21 2024) |

INTERGALACTIC THERAPEUTICS PATENT SCHEDULE (December 20, 2023)



| Family No.<br><br>MLB Reference | Family Title | Title / Family Description | Country | Application No.<br>(Filing Date) | Patent No. | Status<br>(Action) |
|---|---|---|---|---|---|---|
| | | | | | | (Voluntary claim amendments May 10 2024) |
| | | | Israel | 306009<br>(3/21/2022) | | Pending |
| | | | India | 202317071092<br>(3/21/2022) | | Pending<br>(POA needed Jan 18 2024) |
| | | | Japan | 2023-557754<br>(3/21/2022) | | Pending<br>(Request Examination Mar 21 2025) |
| | | | Korea | 10-2023-7035697<br>(3/21/2022) | | Pending<br>(POA needed Dec 26 2023, extendable) |
| | | | Mexico | MX/a/2023/010899<br>(3/21/2022) | | Pending<br>(Translation due Jan 28 2024) |
| 7<br><br>5012 (IGT-012) | Front-of-the-eye electrotransfer | GENE THERAPIES FOR THE FRONT OF THE EYE<br><br>Directed to methods of delivering non-viral vectors to the front of the eye using electrotransfer. Specific embodiments include delivery of C$^3$DNA to the front of the eye for treatment of Fuchs' dystrophy. | U.S. Provisional | 63/444,740<br>(2/10/2023) | | Provisional Pending<br>(Nonprov due Feb 10 2024) |
| 8<br><br>5006 (IGT-006) | Ocular DNA constructs | OCULAR DNA CONSTRUCTS<br><br>Directed to vector compositions containing regulatory sequences that improve expression in retinal cells. | U.S. Provisional | 63/359,125<br>(7/7/2022) | | Expired provisional |
| | | | U.S. Provisional | 63/408,353<br>(9/20/22) | | Expired provisional |
| | | | PCT | PCT/US23/69748<br>(7/7/2023) | | PCT Pending<br>(30M Nat'l entry Jan 7 2025) |
| | | | U.S. Provisional (BEST1) | 63/408,356<br>(9/20/2022) | | Expired provisional |
| | | | PCT (BEST1) | PCT/US23/74441<br>(9/18/2023) | | PCT Pending<br>(30M Nat'l entry Mar 20 2025) |
| 9<br><br>5007 (IGT-007) | Respiratory C$^3$DNA and electrotransfer | RESPIRATORY DELIVERY OF THERAPEUTIC AGENTS<br><br>Directed to methods of delivering non-viral vectors to airway tissue cells using electrotransfer. | U.S. Provisional | 63/256,416<br>(10/15/2021) | | Expired provisional |
| | | | U.S. Provisional | 63/388,794<br>(7/13/2022) | | Expired provisional |
| | | | PCT | PCT/US22/78165<br>(10/14/2022) | | Published<br>(30M Nat'l entry Apr 15 2024) |
| 10<br><br>5011 (IGT-011) | Devices for respiratory electrotransfer | DEVICES AND METHODS FOR HOLLOW TISSUE ELECTROTRANSFER<br><br>Directed to electrode devices for electrotransfer of non-viral vectors to hollow tissues, such as airway. | U.S. Provisional | 63/293,365<br>(12/23/2021) | | Expired provisional |
| | | | PCT | PCT/US22/82365<br>(12/23/2022) | | Published<br>(30M Nat'l entry Jun 23 2024) |

INTERGALACTIC THERAPEUTICS PATENT SCHEDULE (December 20, 2023)



| Family No.<br><br>MLB Reference | Family Title | Title / Family Description | Country | Application No.<br>(Filing Date) | Patent No. | Status<br>(Action) |
|---|---|---|---|---|---|---|
| 11<br><br>5008 (IGT-008) | Respiratory DNA constructs | RESPIRATORY DNA CONSTRUCTS<br><br>Directed to vector compositions containing regulatory sequences that improve expression in airway cells. | U.S. Provisional | 63/388,880<br>(7/13/2022) | | Expired provisional |
| | | | PCT | PCT/US23/70108<br>(7/13/2023) | | PCT pending<br>(30M Nat'l entry Jan 13 2025) |
| 12<br><br>5009 (IGT-009) | Oncology vectors and electrotransfer | NUCLEIC ACID VECTORS AND METHODS OF USE<br><br>Directed to vector compositions encoding anti-cancer agents. | U.S. Provisional | 63/152,575<br>(2/23/2021) | | Expired provisional |
| | | | U.S. Provisional | 63/152,540<br>(2/23/2021) | | Expired provisional |
| | | | PCT | PCT/US22/17575<br>(2/23/2022) | | Published / closed |
| | | | China | 2022800303312<br>(2/23/2022) | | Pending<br>(Request Substantive Examination Feb 23 2024) |
| | | | Europe | 22760356.0<br>(2/23/2022) | | Pending<br>(Voluntary claim amendments Apr 4 2024)<br>(HK extension via EP Jul 3 2024) |
| | | | Japan | 2023-551099<br>(2/23/2022) | | Pending<br>(Request Examination Feb 23 2025) |
| | | | U.S. | 18/278,235<br>(8/22/2023) | | Pending |
| 13<br><br>5014 (IGT-014) | bacC3DNA Family 2 provisional | GENE THERAPY VECTORS AND METHODS OF PRODUCTION AND USE THEREOF<br><br>Developments for bacterially-produced $C^3$DNA including minimal origin of replication and methods for production including using transposase. | U.S. provisional | 63/509,458<br>(6/21/2023) | | Pending<br>(PCT/US nonprov conversion June 21 2024) |

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number *(If known)* **23-41067** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $201,251.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $149,233.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $350,485.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $350,485.36 |

**Fill in this information to identify the case:**

Debtor name      **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-41067**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-41067**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Blue Cross Blue Shield** **101 Huntington Ave, Suite 1300** **Boston, MA 02199** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Health benefit plan** | | |
| Last 4 digits of account number  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset? ■ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **CITY OF CAMBRIDGE** **TAX COLLECTOR'S OFFICE** **795 MASSACHUSETTS AVE** **CAMBRIDGE, MA 02139** | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| Last 4 digits of account number  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**EyeMed**<br>**4000 Lucottica Pl**<br>**Mason, OH 45040-8114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.28 | $30.28 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Benefit Plan** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_5_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_8_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 9564**<br>**100 Cambridge Street, 7th Floor**<br>**Boston, MA 02114-9564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_8_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Massachusetts Department of Workforce De**<br>**Division of Unemployment Assistance**<br>**One Ashburton Place, Suite # 2112**<br>**Boston, MA 02108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_8_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MBTA Pass Program**
**PO Box 845831**
**Boston, MA 02284-5831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefit plan**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Jersey Department of Labor**
**and Workforce Development**
**1 John Fitch PLaza**
**Trenton, NJ 08625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Office of the Attorney General**
**Fair Labor Division**
**Commonwealth of Massachusetts**
**One Ashburton Place, 18th Floor**
**Boston, MA 02108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way, 5th Floor PO**
**Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SunLife**
**PO Box 807009**
**Kansas City, MO 64184-7009**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insurance benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**United States Attorney**
**District of Massachusetts**
**1 Courthouse Way**
**Suite 9200**
**Boston, MA 02210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Aaron Nagiel**
**1874 Benecia Ave**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Consulting fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,950.00** |
|---|---|---|---|

**abcam**
**1 Kendall Square**
**B2304**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$424,760.00** |
|---|---|---|---|

**acCELLerate GmbH**
**12-14 Osterfeldstrasse**
**22529**
**Hamburg**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADP**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,040.00** |
|---|---|---|---|

**Air Systems Technologies, Inc.**
**33 Wales Ave.**
**Suite A**
**Avon, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Akron BioManufacturing LLC**
**600 Tallevast Road**
**Suite 201**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
|---|---|---|---|

**Alliance for Regenerative Medicine**
**1015 18th St NW**
**Suite 1102**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,638.00** |
|---|---|---|---|

**Alta Biotech, LLC**
**12635 E. Montview Blvd.**
**Suite 217**
**Aurora, CO 80045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,425.00** |
|---|---|---|---|

**Amnet Systems, LLC**
**26 Fahey Street**
**Stamford, CT 06907**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,906.19** |
|---|---|---|---|

**Apple Tree Life Sciences (UK) Ltd.**
**The Gridiron Building**
**Suite 6.05**
**London, N1C 4AG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116,365.00** |

**Apple Tree Life Sciences, Inc.**
**230 Park Avenue**
**Suite 2800**
**New York, NY 10169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Board fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.50** |

**Atlantic Employee Screening**
**8895 N Miltiary Trail**
**#301C**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,312.20** |

**Azenta US, Inc. (formerly Genewiz, LLC)**
**115 Corporate Boulevard**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,673.01** |

**Barrington James**
**The Galleria 2nd Floor**
**Station Road**
**Crawley West Sussex**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,620.00** |

**BDO USA, LLP**
**PO Box 642743**
**Pittsburgh, PA 15264-2743**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,967.01** |

**Bio-Rad Laboratories**
**1000 Alfred Nobel Dr**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,386.67** |

**Bioprocure Inc.**
**660 Main St**
**Woburn, MA 01801**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,387.39** |
|---|---|---|---|

**Bostonbean Coffee Co., Inc.**
**23 Draper Street**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,712.00** |
|---|---|---|---|

**Casner & Edwards, LLP**
**303 Congress Street**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Professional fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,409.77** |
|---|---|---|---|

**Catalent Pharma Solutions - Kansas City**
**26318 Network Place**
**Chicago, IL 60673-1318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,483,410.00** |
|---|---|---|---|

**Charles River Laboratories**
**251 Ballardvale St**
**Wilmington, MA 01887**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,242.49** |
|---|---|---|---|

**Cintas**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,305.50** |
|---|---|---|---|

**Clark & Elbing, LLP**
**101 Federal Street**
**15th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Professional fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,000.00** |
|---|---|---|---|

**Clearview Healthcare Partners, LLC**
**One Newton Place**
**Suite 405**
**Newton, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$273.95** |
|---|---|---|---|

**Copyright Clearance Center**
**29118 Network Place**
**Chicago, IL 60673-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,810.00** |
|---|---|---|---|

**Creative Biogene Inc.**
**45-1 Ramsey Road**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CSC Leasing Company**
**6802 Paragon Place**
**Suite 350**
**Richmond, VA 23230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Master Equipment Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,550.00** |
|---|---|---|---|

**Dana-Farber Cancer Institute, Inc**
**PO Box 412846**
**Boston, MA 02241-2846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Egnyte Inc.**
**1350 West Middlefield Road**
**Mountain View, CA 94043**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Extra Space Storage**
**2050 Revere Beach Pkwy #2071**
**Everett, MA 02149**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Month to month storage agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,091.25** |
|---|---|---|---|

**Faber Daeufer and Itrato PC**
**890 Winter Street**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

**3.32**

**Nonpriority creditor's name and mailing address**
**FCGG Inc. DBA Fairway Consulting Group**
**2 Simonson Court**
**Glen Head, NY 11545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$56,250.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**FedEx Freight**
**PO Box 223125**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Fisher Scientific**
**P.O. Box 3648**
**Boston, MA 02241-3648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,921.40**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Flores & Associates, LLC**
**PO Box 63238**
**Charlotte, NC 28263-3238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Flowjo, LLC**
**385 Williamson Way**
**Ashland, OR 97520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,155.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Fracht FWO Inc**
**373 Van Ness Avenue**
**Ste. 230**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,985.85**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Galvanize Therapeutics, Inc**
**3200 Bridge Pkwy**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Collaboration and License Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$1,422,458.00**

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,005.50** |
|---|---|---|---|

**GDI Services Inc.**
220 RESERVOIR STREET
SUITE 19
Waltham, MA 02453

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,643.50** |
|---|---|---|---|

**Genscript USA Inc**
860 Centennial Ave
Piscataway, NJ 08854

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,997.66** |
|---|---|---|---|

**Global Life Sciences Solutions USA LLC**
100 Results Way
Marlborough, MA 01752

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,468.50** |
|---|---|---|---|

**Goodwin Proctor LLP**
Exchange Place
Attn: Rebecca A, Lee, Esq.
Boston, MA 02109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GreatAmerica Financial Svcs.**
PO Box 660831
Dallas, TX 75266-0831

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Equipment lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.52** |
|---|---|---|---|

**GrubHub Holdings, Inc.**
PO Box 71649
Chicago, IL 60694-1649

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$273.00** |
|---|---|---|---|

**Health Advocate Solutions Inc.**
11808 Miracle Hills Drive
Omaha, NE 68154

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,450.00 |
|---|---|---|---|

**Ichor Life Sciences Inc.**
**2561 U.S. 11**
**LaFayette, NY 13084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,307.95 |
|---|---|---|---|

**IGEA SPA**
**Via Parmenide 10 A**
**41012**
**Capri**
**ITALY**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,975.00 |
|---|---|---|---|

**Jae Won Kim**
**285 Columbus Avenue**
**Apt 407**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,600.00 |
|---|---|---|---|

**Jeffrey Lee Holyoke dba Continuous Quali**
**57 County Street**
**Lakeville, MA 02347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,257.55 |
|---|---|---|---|

**Jin H Huh**
**630 S Elliott Rd Unit 102**
**Chapel Hill, NC 27517**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consulting Agreement__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,375.96 |
|---|---|---|---|

**Jose Lora**
**229 Beacon St., Apt. 2**
**Boston, MA 02116**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Separation Agreement and Release__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307,989.23 |
|---|---|---|---|

**Kaneka Eurogentec S.A.**
**LIEGE Science Park**
**Rue Bois Saint-Jean 5**
**4102 Ougr e**
**BELGIQUE**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Contract Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,097.50** |

**Karen M. Carroll**
**295 Main Street**
**North Andover, MA 01845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Kevin Trimmer dba Kevin Trimmer Photo**
**PO Box 40476**
**Providence, RI 02904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,737.50** |

**Laurens Bouckaert dba BXL BioComm**
**5781 Soledad Road**
**San Diego, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$493.45** |

**Life Technologies Corporation**
**12088 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Linksquares, Inc.**
**60 State St.**
**Suite 1200**
**Boston, MA 02109**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,625.00** |

**Maeve Consulting LLC**
**6710 Barberry Place**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,130.00** |

**Massachusetts Biotechnology Council**
**700 Technology Square**
**5th Floor**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,241.24**

**MCRA, LLC**
505 Park Ave
14th Floor
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,121.80**

**Mettler-Toledo Rainin, LLC**
P.O. Box 13505
Newark, NJ 07188-0505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,784.00**

**Miltenyi Biotec, Inc.**
Dept# 33955
P.O. Box 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129,527.50**

**Mispro Biotech Services Corporation**
450 East 29th Street
Suite 602
New York, NY 10016

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Peter K Kaise**
2763 Belgrave Road
Pepper Pike, OH 44124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,901.25**

**Pharmalex France**
Tour CB 21
6 place de l Iris
92400 Courbevoie
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,046.58**

**Powered Research, LLC**
PO Box 14650
Research Triangle Park, NC 27709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Prendio LLC**
**660 Main St.**
**First Floor**
**Woburn, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,465.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Prime Property Fund,LLC**
**dba PPF OFF 150 Cambridge**
**Park Drive LLC**
**P.O. Box 21434**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Leased offices and lab space located at 150 Cambridgepark Drive, 8th Floor Cambridge, MA 02140**

Is the claim subject to offset? ☐ No ☑ Yes

**$1,892,339.39**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**865 South Figueroa Street**
**10th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,600.10**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Relx Inc DBA LexisNexis**
**9443 Springboro Pike**
**Miamisburg, OH 45342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,250.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Resilience Boston, Inc**
**P.O. Box 736130**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract Manufacturing Agreement**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000,000.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Richter-Helm BioLogics GmbH & Co. KG**
**Suhrenkamp 59**
**Hamburg**
**22335**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,092,086.86**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Robert Farra**
**19 Indian Ridge Rd**
**Falmouth, MA 02540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Separation Agreement and Release**

Is the claim subject to offset? ☑ No ☐ Yes

**$63,875.00**

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Spielvogal and Associates, Inc.**
**36 Oakland Road**
**Brookline, MA 02245**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$809.00** |
|---|---|---|---|

**Sartorius Stedim North America Inc.**
**24917 Network Place**
**Chicago, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,000.00** |
|---|---|---|---|

**Sharon Tan dba Tangram Development**
**Solut**
**519 Harrison Ave**
**Unit D612**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$973.63** |
|---|---|---|---|

**Shon's Scientific Refrigeration Service**
**202 Milton Street**
**Suite 101**
**Dedham, MA 02026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,860.25** |
|---|---|---|---|

**Stern IR, Inc.**
**1270 Avenue of the Americas**
**Suite 408**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teknova**
**2451 Bert Drive**
**Hollister, CA 95023**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,181.22** |
|---|---|---|---|

**The Catalytic Agency LLC**
**PO BOX #425009**
**Cambridge, MA 02142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,615.00** |

**The Herring Impact Group, LLC**
**dba IMPACT Group LLC**
**12977 North Outer 40 Drive**
**Suite 300**
**St Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consulting Agreement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,546.25** |

**The Ogilvy Group, LLC**
**Loxbox 1820**
**PO Box 781820**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consulting Agreement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354,166.67** |

**Theresa Heah**
**1125 Maxwell Lane, TH3**
**Hoboken, NJ 07030**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Separation Agreement and Release__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.16** |

**Thomas Scientific Holdings, LLC**
**dba Thomas Scientific LLC**
**Attention:  Marsha E. Ma y**
**1654 High Hill Rd**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.67** |

**Town Business Systems**
**170 Kerry Place**
**Norwood, MA 02062**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.50** |

**Triumvirate Environmental, Inc.**
**Dept. 106091**
**P.O. Box 150502**
**Hartford, CT 06115-0502**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,766.25** |

**Tsung-Hua Lin**
**118 Homecoming**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.84** |
|---|---|---|---|

**UPS**
**55 Glenlake Parkway, NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,604.25** |
|---|---|---|---|

**Vincent Hennemand**
**17 Douglas Rd**
**Belmont, MA 02478**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Separation Agreement and Release**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,825.96** |
|---|---|---|---|

**Wilson Sonsini Goodrich & Rosati PC**
**650 Page Mill Road**
**Palo Alto, CA 94304-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Professional fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,301.49** |
|---|---|---|---|

**World Courier, Inc.**
**P.O. Box 842325**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,426.75** |
|---|---|---|---|

**ZAGENO Inc**
**625 Massachusetts Avenue**
**Floor 2**
**Boston, MA 02139**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,250.00** |
|---|---|---|---|

**Zarparam Consulting Inc**
**11 Chapman Street**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Consulting Agreement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,890.56** |
|---|---|---|---|

**ZenQMS LLC**
**40 Coulter Ave**
**Suite 265**
**Ardmore, PA 19003**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number (if known) | **23-41067** |
|--------|-------------------------------------------------------|------------------------|--------------|
|        | Name                                                  |                        |              |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
|                          |                                                                          |                                         |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. $ | 30.28 |
| **5b. Total claims from Part 2** | 5b. + $ | 14,830,737.17 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. $ | 14,830,767.45 |

**Fill in this information to identify the case:**

Debtor name  **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **23-41067**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  <br><br>**Service agreement**<br><br>State the term remaining  <br><br>List the contract number of any government contract | **Amazon Web Services**<br>**410 Terry Ave N**<br>**Seattle, WA 98109** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  <br><br>**Bailment Agreement dated Sept. 19, 2023**<br><br>State the term remaining  <br><br>List the contract number of any government contract | **Ascidian Therapeutics, Inc.**<br>**60 Guest Street**<br>**Brighton, MA 02135** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  <br><br>**Employer Group Benefits Agreement**<br><br>State the term remaining  <br><br>List the contract number of any government contract | **Blue Cross Blue Shield**<br>**101 Huntington Ave, Suite 1300**<br>**Boston, MA 02199** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  <br><br>**Consulting Agreement**<br><br>State the term remaining  <br><br>List the contract number of any government contract | **Browne Consulting Group**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** |

| Debtor 1 | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | | Case number *(if known)* | **23-41067** |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Service agreement**

State the term remaining

List the contract number of any government contract

**Cloud Ally Ltd.**
**13 Zarhin Street**
**7th Floor Hi-Tech Park**
**PO Box 3071 Ra'anana 4366241**
**ISRAEL**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Software license**

State the term remaining — **5/11/23-5/10/24**

List the contract number of any government contract

**Cloud Topco, LP dba Red River Technology**
**PO Box 780924**
**Philadelphia, PA 19178-0924**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Software license**

State the term remaining — **2/16/23 - 2/29/24**

List the contract number of any government contract

**COMSOL, Inc.**
**100 District Avenue**
**Burlington, MA 01803**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Master Equipment Lease dated 8/16/21**

State the term remaining

List the contract number of any government contract

**CSC Leasing Company**
**6802 Paragon Place**
**Suite 350**
**Richmond, VA 23230**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement**

State the term remaining

List the contract number of any government contract

**Egnyte Inc.**
**1350 West Middlefield Road**
**Mountain View, CA 94043**

---

Debtor 1  **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                     Case number (*if known*)  **23-41067**
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
|---|---|---|---|
| | State the term remaining | **5/16/23-5/15/24** | **Egnyte Inc.** |
| | List the contract number of any government contract | | **1350 West Middlefield Road**<br>**Mountain View, CA 94043** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Board fees** | |
|---|---|---|---|
| | State the term remaining | | **Emerald Capital Advisors** |
| | List the contract number of any government contract | | **150 East 52nd Street**<br>**15th Floor**<br>**New York, NY 10022** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
|---|---|---|---|
| | State the term remaining | **6/18/23-6/18/24** | **eShares, Inc. DBA Carta, Inc.** |
| | List the contract number of any government contract | | **333 Bush St.**<br>**Floor 23**<br>**Suite 2300**<br>**San Francisco, CA 94104** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month storage agreement** | |
|---|---|---|---|
| | State the term remaining | | **Extra Space Storage** |
| | List the contract number of any government contract | | **2050 Revere Beach Pkwy #2071**<br>**Everett, MA 02149** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employer Group Benefits Agreement** | |
|---|---|---|---|
| | State the term remaining | | **EyeMed** |
| | List the contract number of any government contract | | **4000 Lucottica Pl**<br>**Mason, OH 45040-8114** |

| Debtor 1 | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | | Case number *(if known)* | **23-41067** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Flores & Associates, LLC** |
| | List the contract number of any government contract | | **PO Box 63238** |
| | | | **Charlotte, NC 28263-3238** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Collaboration and License Agreement dated 9/23/21** | |
|---|---|---|---|
| | State the term remaining | | **Galvanize Therapeutics, Inc.** |
| | List the contract number of any government contract | | **1531 Industrial Road** |
| | | | **San Carlos, CA 94070** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
|---|---|---|---|
| | State the term remaining | **6/30/23-6/29/24** | **Global Life Sciences Solutions USA LLC** |
| | List the contract number of any government contract | | **100 Results Way** |
| | | | **Marlborough, MA 01752** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Great American Financial Services** |
| | List the contract number of any government contract | | **PO Box 660831** |
| | | | **Dallas, TX 75266-0831** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
|---|---|---|---|
| | State the term remaining | **4/12/23-4/11/24** | **Greenhouse Software, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 392683** |
| | | | **Pittsburgh, PA 15251-9683** |

| Debtor 1 | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | | | Case number *(if known)* | **23-41067** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement dated 4/1/22** | |
|---|---|---|---|
| | State the term remaining | | **Jin H Huh** |
| | List the contract number of any government contract | | **630 S Elliott Rd Unit 102 Chapel Hill, NC 27517** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Separation Agreement and Release dated 8/1/23** | |
|---|---|---|---|
| | State the term remaining | | **Jose Lora** |
| | List the contract number of any government contract | | **229 Beacon St., Apt. 2 Boston, MA 02116** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
|---|---|---|---|
| | State the term remaining | 5/1/23-4/30/24 | **Linkedin Corporation** |
| | List the contract number of any government contract | | **62228 Collections Center Drive Chicago, IL 60693-0622** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
|---|---|---|---|
| | State the term remaining | 5/24/23-5/23/24 | **LinkSquares Inc.** |
| | List the contract number of any government contract | | **POB 97595 Las Vegas, NV 89193-7595** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Linksquares, Inc.** |
| | List the contract number of any government contract | | **60 State St. Suite 1200 Boston, MA 02109** |

| Debtor 1 | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | | Case number (*if known*)  **23-41067** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability, Automobile Liability,  Umbrella Excess Liability, and Workers Compensation and Employer's Liability policies** |
|---|---|---|
| | State the term remaining | **expiring May 1, 2024** |
| | List the contract number of any government contract | |

**Newfront Insurance Services**
**777 Mariners Island Blvd, Suite 250**
**San Mateo, CA 94404**

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Separation Agreement and Release dated 8/1/23** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**Robert Farra**
**19 Indian Ridge Rd**
**Falmouth, MA 02540**

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Employer Group Benefits Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**SunLife**
**PO Box 807009**
**Kansas City, MO 64184-7009**

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Separation Agreement and Release dated 8/11/23** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**Theresa Heah**
**1125 Maxwell Lane, TH3**
**Hoboken, NJ 07030**

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Separation Letter Agreement dated 5/12/23** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**Vincent Hennemand**
**17 Douglas Rd**
**Belmont, MA 02478**

**Fill in this information to identify the case:**

Debtor name    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-41067**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

|   | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|------|-----------------|---|---|------|--------------------------------|
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **23-41067**

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to Filing Date | Sublease Income | $865,767.48 |
    | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to Filing Date | Interest Income | $68,389.73 |
    | **For prior year:** From **1/01/2022** to **12/31/2022** | Sublease Income | $2,045,875.72 |
    | **For prior year:** From **1/01/2022** to **12/31/2022** | Interest Income | $31,655.85 |
    | **For year before that:** From **1/01/2021** to **12/31/2021** | Sublease Income | $1,505,290.00 |
    | **For year before that:** From **1/01/2021** to **12/31/2021** | Interest Income | $5,852.20 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**      Case number *(if known)* **23-41067**

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **ABD Insurance & Financial Services, Inc**<br>**777 Mariners Island Blvd**<br>**Suite 250**<br>**San Mateo, CA 94404** | **09/27/2023** | **$30,314.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Blue Cross Blue Shield**<br>**101 Huntington Ave, Suite 1300**<br>**Boston, MA 02199** | **09/29/2023** | **$17,767.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Cambridge Trust**<br>**1336 Massachusetts Ave**<br>**Cambridge, MA 02138** | **10/27/2023** | **$25,706.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **CFGI, LLC.**<br>**1 Lincoln Street**<br>**STE 1301**<br>**Boston, MA 02111** | **09/21/2023**<br>**10/11/2023** | **$15,245.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Prime Property Fund,LLC**<br>**dba PPF OFF 150 Cambridge**<br>**Park Drive LLC**<br>**P.O. Box 21434**<br>**New York, NY 10087** | **11/29/2023** | **$1,285,313.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Draw on cash account securing letter of credit** |
| 3.6. | **Egnyte Inc.**<br>**1350 West Middlefield Road**<br>**Mountain View, CA 94043** | **10/04/2023** | **$7,659.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **GDI Services Inc.**<br>**220 RESERVOIR STREET**<br>**SUITE 19**<br>**Waltham, MA 02453** | **09/28/2023**<br>**10/17/2023** | **$8,232.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                    Case number *(if known)* **23-41067**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. **Morgan, Lewis & Bockius LLP**<br>**1707 Market Street**<br>**Philadelphia, PA 19103** | **09/21/2023**<br>**11/01/2023**<br>**12/04/2023** | **$88,288.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. **Nicholas Messinese**<br>**33 Old Bolton Road**<br>**Stow, MA 01775** | **09/21/2023**<br>**09/28/2023**<br>**10/11/2023**<br>**10/17/2023**<br>**11/01/2023** | **$7,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Quinn Emanuel Urquhart & Sullivan, LLP**<br>**865 South Figueroa Street**<br>**10th Floor**<br>**Los Angeles, CA 90017** | **09/28/2023**<br>**10/17/2023** | **$18,744.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Robert Spielvogal and Associates, Inc.**<br>**36 Oakland Road**<br>**Brookline, MA 02245** | **10/06/2023**<br>**10/17/2023** | **$7,646.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Wilson Sonsini Goodrich & Rosati PC**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304-1050** | **10/02/2023** | **$130,102.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Apple Tree Life Sciences, Inc.**<br>**230 Park Avenue**<br>**Suite 2800**<br>**New York, NY 10169**<br>**Affiliate** | **01/04/2023**<br>**03/01/2023**<br>**03/28/2023**<br>**04/06/2023**<br>**05/11/2023** | **$254,474.75** | **Board fees** |
| 4.2. **Emerald Capital Advisors**<br>**150 East 52nd Street**<br>**15th Floor**<br>**New York, NY 10022**<br>**Affiliate** | **08/23/2023**<br>**09/26/2023**<br>**10/30/2023**<br>**11/30/2023** | **$50,000.00** | **Board fees** |

5. **Repossessions, foreclosures, and returns**

Debtor    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                    Case number *(if known)*  **23-41067**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **PPF OFF 150 Cambridge Park Drive, LLC**<br>**c/o Morgan Stanley Real Estate Advisors,**<br>**1585 Broadway, 37th Floor**<br>**Attn: Tricia Moore**<br>**New York, NY 10036** | **Leased offices and lab space located at 150 Cambridgepark Drive, 8th Floor Cambridge, MA 02140 - lease terminated.** | **October 2, 2023** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Prime Property Fund,LLC**<br>**dba PPF OFF 150 Cambridge Park Drive LLC**<br>**P.O. Box 21434**<br>**New York, NY 10087** | **Draw on cash account securing letter of credit**<br>Last 4 digits of account number:  __7492__ | **11/29/23** | **$1,285,313.00** |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kaneka Eurogentec SA v. Intergalactic Therapeutics**<br>**2381 cv 3200** | **Breach of Contract** | **Middlesex Superior Court**<br>**200 Tradecenter Dr.**<br>**Woburn, MA 01801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ppf Off. 150 Cambridge Park Drive LLC v. Intergalactic Therapeutics**<br>**2352SU000149** | **Summary Process** | **Cambridge District Court**<br>**4040 Mystic Valley Pkwy**<br>**Medford, MA 02155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**        Case number *(if known)*  **23-41067**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Water damage in office and lab spaces due valve failure on kitchen refrigerator.** | **$62,036.20** | **12/24/22** | **Unknown** |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Murphy & King, P.C.**<br>**One Beacon Street**<br>**21st Floor**<br>**Boston, MA 02108** | | **08/22/2023** | **$10,000.00** |
| Email or website address<br>**murphyking.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Murphy & King, P.C.**<br>**28 State Street**<br>**Suite 3101**<br>**Boston, MA 02109** | | **09/21/2023** | **$66,109.80** |
| Email or website address<br>**murphyking.com** | | | |
| Who made the payment, if not debtor? | | | |

Debtor **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                    Case number *(if known)* **23-41067**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Murphy & King, P.C.** **28 State Street** **Suite 3101** **Boston, MA 02109** | | **11/14/2023** | **$20,000.00** |
| | Email or website address **murphyking.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Murphy & King, P.C.** **28 State Street** **Suite 3101** **Boston, MA 02109** | | **12/13/2023** | **$50,000.00** |
| | Email or website address **murphyking.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Murphy & King, P.C.** **28 State Street** **Suite 3101** **Boston, MA 02109** | | **12/18/2023** | **$6,741.00** |
| | Email or website address **murphyking.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Verdolino & Lowey PC** **Pine Brook Office Park** **124 Washington St.** **Foxboro, MA 02035** | | **09/26/2023** | **$35,000.00** |
| | Email or website address **vlpc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**    Case number *(if known)*  **23-41067**

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Surplus Solutions, LLC**<br>**2010 Diamond Hill Rd.**<br>**Providence, RI 02906** | **Sale of Lab Equipment** | **9/20/23** | **$322,500.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Marlinspike Therapeutics, Inc.**<br>**150 Cambridgepark Drive, 8th**<br>**Floor**<br>**Cambridge, MA 02140** | **Sale of IT and Video Conferencing**<br>**Equipment** | **10/6/23** | **$13,000.00** |
| | **Relationship to debtor**<br>**Affiliate under common**<br>**ownership** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **150 Cambridgepark Drive**<br>**8th Floor**<br>**Cambridge, MA 02140** | **May 22 – Nov 23** |
| 14.2. | **40 Guest Street**<br>**Suite 4410**<br>**Brighton, MA 02135** | **Mar 20 – Jun 22** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**    Case number *(if known)*    **23-41067**

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.

    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**2050 Revere Beach Pkwy #2071**<br>**Everett, MA 02149** | **Charles Allen**<br>**c/o Intergalactic Therapeutics, Inc.**<br>**330 Cochituate Road #5088**<br>**Framingham, MA 01701** | **office related, leased ff&e, lab consumables** | ☐ No<br>■ Yes |
| **Ascidian Therapeutics**<br>**c/o SciSafe**<br>**35 Dunham Rd**<br>**Billerica, MA 01821** | **Charles Allen**<br>**c/o Intergalactic Therapeutics, Inc.**<br>**330 Cochituate Road #5088**<br>**Framingham, MA 01701** | **Research materials including the Research Cell Bank for ABCA4 C3DNA, Purified C3DNA, preC3 Plasmid, glycerol stocks of PreC3 Constructs, and glycerol stocks of converted C3DNA from PreC3, as well as NHP retina samples obtained from Intergalactic's 3239-071 study** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case number *(if known)* **23-41067** |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**   Case number *(if known)* **23-41067**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Charles Allen**<br>**c/o Intergalactic Therapeutics, Inc.**<br>**330 Cochituate Road #5088**<br>**Framingham, MA 01701** | **Current** |
| 26a.2.   **Warren Browne**<br>**Browne Consulting**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | **Current** |
| 26a.3.   **Tom Parrotta**<br>**Browne Consulting**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | **Current** |
| 26a.4.   **Eric Rubega**<br>**Browne Consulting**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | **Current** |
| 26a.5.   **Jordan Bloom**<br>**Browne Consulting**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | **Current** |
| 26a.6.   **Jyoti Gurbani**<br>**Browne Consulting**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | **Current** |
| 26a.7.   **Sarah Williams**<br>**Browne Consulting**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **PricewaterhouseCoopers, LLP**<br>**125 High Street**<br>**Boston, MA 02110** | **Audit - FY 2020,**<br>**Review - FY 2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **CFGI, LLC.**<br>**1 Lincoln Street**<br>**STE 1301**<br>**Boston, MA 02111** | **Prepared 2021**<br>**Financial**<br>**Statements** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**          Case number *(if known)*  **23-41067**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Charles Allen**<br>**c/o Intergalactic Therapeutics, Inc.**<br>**330 Cochituate Road #5088**<br>**Framingham, MA 01701** | |
| 26c.2.   **Browne Consulting Group**<br>**One Broadway**<br>**14th Floor**<br>**Cambridge, MA 02142** | |
| 26c.3.   **Verdolino & Lowey PC**<br>**Pine Brook Office Park**<br>**124 Washington St.**<br>**Foxboro, MA 02035** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Apple Tree Life Sciences, Inc.**<br>**230 Park Avenue**<br>**Suite 2800**<br>**New York, NY 10169** |
| 26d.2.   **Prime Property Fund, LLC**<br>**dba PPF OFF 150 Cambridge**<br>**Park Drive LLC**<br>**P.O. Box 21434**<br>**New York, NY 10087** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Madden** | **c/o Emerald Capital Advisors**<br>**150 East 52nd Ste, 15th Floor**<br>**New York, NY 10022** | **Director** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Joseph Yanchik** | **c/o Apple Tree Partners**<br>**245 Main Street, Floor 12**<br>**Cambridge, MA 02142** | **Director** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Charles Allen** | **c/o Intergalactic Therapeutics, Inc.**<br>**330 Cochituate Road #5088**<br>**Framingham, MA 01701** | **President** | |

Debtor    **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**    Case number *(if known)* **23-41067**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Seth Harrison | c/o Apple Tree Partners 230 Park Avenue, Suite 2800 New York, NY 10169 | Director | Terminated 8/23/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Theresa Heah | 1125 Maxwell Lane, TH3 Hoboken, NJ 07030 | CEO | 1/2/23 - 7/31/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jose Lora | 229 Beacon St., Apt. 2 Boston, MA 02116 | CSO | Terminated 7/31/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Farra | 19 Indian Ridge Rd Falmouth, MA 02540 | CTO | Terminated 7/31/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kinberly McGonagle | 4 Chestnut Rd Norfolk, MA 02056 | Head of Human Resources | Terminated 7/31/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eileen Higham | 77 Exeter St., Unit 1409 Boston, MA 02116 | SVP, Head of Tech Ops | Terminated 2/28/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Vincent Hennemand | 17 Douglas Rd Belmont, MA 02478 | COO | Terminated 5/15/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Ehlers | c/o Apple Tree Partners 245 Main Street, Floor 12 Cambridge, MA 02140 | CEO/Board Chair | Resigned as CEO 1/2/23 and terminated 8/23/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anna Batarina | c/o Apple Tree Partners 230 Park Avenue, Suite 2800 New York, NY 10169 | Director | Terminated 8/23/23 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Madden**<br>**c/o Emerald Capital Advisors**<br>**150 East 52nd Ste, 15th Floor**<br>**New York, NY 10022** | **$50,000 Directors Fee** | **Dec 22 - Dec 23** | **Services Performed** |
| | Relationship to debtor<br>**Director** | | | |
| 30.2. | **Charles Allen**<br>**c/o Intergalactic**<br>**Therapeutics, Inc.**<br>**330 Cochituate Road #5088**<br>**Framingham, MA 01701** | **$566,670.00** | **Dec 22 - Dec 23** | **Wages** |
| | Relationship to debtor<br>**President** | | | |
| 30.3. | **Vincent Hennemand**<br>**17 Douglas Rd**<br>**Belmont, MA 02478** | **$296,466.85** | **Dec 22 - Apr 23** | **Wages** |
| | Relationship to debtor<br>**COO** | | | |
| 30.4. | **Vincent Hennemand**<br>**17 Douglas Rd**<br>**Belmont, MA 02478** | **$212,171.05** | **May 23 – Nov 23** | **Severance** |
| | Relationship to debtor<br>**COO** | | | |
| 30.5. | **Kinberly McGonagle**<br>**4 Chestnut Rd**<br>**Norfolk, MA 02056** | **$202,810.32** | **Dec 22 - Jul 23** | **Wages** |
| | Relationship to debtor<br>**Head of Human Resources** | | | |
| 30.6. | **Kinberly McGonagle**<br>**4 Chestnut Rd**<br>**Norfolk, MA 02056** | **$33,750.00** | **Aug 23 – Sep 23** | **Severance** |
| | Relationship to debtor<br>**Head of Human Resourtces** | | | |
| 30.7. | **Theresa Heah**<br>**1125 Maxwell Lane, TH3**<br>**Hoboken, NJ 07030** | **$492,226.76** | **Dec 22 - Jul 23** | **Wages** |
| | Relationship to debtor<br>**CEO** | | | |

| Debtor | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | | Case number *(if known)* | **23-41067** |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Theresa Heah**<br>**1125 Maxwell Lane, TH3**<br>**Hoboken, NJ 07030** | $145,833.36 | **Aug 23 – Nov 23** | **Severance** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.9. | **Eileen Higham**<br>**77 Exeter St., Unit 1409**<br>**Boston, MA 02116** | $69,818.00 | **Dec 22 - Feb 23** | **Wages** |
| | Relationship to debtor<br>**SVP, Head of Tech Ops** | | | |
| 30.10. | **Eileen Higham**<br>**77 Exeter St., Unit 1409**<br>**Boston, MA 02116** | $337,240.80 | **Mar 23 – Sep 23** | **Severance** |
| | Relationship to debtor<br>**SVP, Head of Tech Ops** | | | |
| 30.11. | **Robert Farra**<br>**19 Indian Ridge Rd**<br>**Falmouth, MA 02540** | $381,097.08 | **Dec 22 - Jul 23** | **Wages** |
| | Relationship to debtor<br>**CTO** | | | |
| 30.12. | **Robert Farra**<br>**19 Indian Ridge Rd**<br>**Falmouth, MA 02540** | $125,920.91 | **Aug 23 – Nov 23** | **Severance** |
| | Relationship to debtor<br>**CTO** | | | |
| 30.13. | **Jose Lora**<br>**229 Beacon St., Apt. 2**<br>**Boston, MA 02116** | $401,949.45 | **Dec 22 - Jul 23** | **Wages** |
| | Relationship to debtor<br>**CSO** | | | |
| 30.14. | **Jose Lora**<br>**229 Beacon St., Apt. 2**<br>**Boston, MA 02116** | $138,751.92 | **Aug 23 – Nov 23** | **Severance** |
| | Relationship to debtor<br>**CSO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC                          Case number *(if known)*   23-41067

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

**Name of the pension fund**                                                          **Employer Identification number of the pension fund**

| Part 14: | Signature and Declaration |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 22, 2023**

_____                    **Charles Allen**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President, Secretary & Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■  No
☐  Yes

# United States Bankruptcy Court
## District of Massachusetts

| | | |
|---|---|---|
| In re | **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC** | Case No. **23-41067** |
| | Debtor(s) | Chapter **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amit Singh**<br>**3 Phillips Road**<br>**Tewksbury, MA 01876** | **Common Shares** | **10000** | |
| **Amy Guzman**<br>**95 Nevada ST**<br>**Newton, MA 02460** | **Common Shares** | **14779** | |
| **ATP Life Science Ventures, L.P.**<br>**230 Park Avenue, Suite 2800**<br>**New York, NY 10169** | **Series A Preferred Shares** | **86944054** | |
| **ATP Life Science Ventures, L.P.**<br>**230 Park Avenue, Suite 2800**<br>**New York, NY 10169** | **Common Shares** | **2561723** | |
| **Bruce Schnepp**<br>**1723 Green Valley Rd**<br>**Havertown, PA 19083** | **Common Shares** | **3500** | |
| **Cameron Brothag**<br>**16 Abby Rd, Apt 2**<br>**Boston, MA 02135** | **Common Shares** | **400** | |
| **Carrie Wager**<br>**15 Lincoln Road**<br>**Brookline, MA 02445** | **Common Shares** | **5000** | |
| **Hsin-Chieh Ma**<br>**150 E Wynnwood Rd, Apt 30A**<br>**Wynnewood, PA 19096** | **Common Shares** | **860** | |
| **James Faulkner**<br>**64 A Hyde Vale**<br>**Greenwich**<br>**London SE10 8HP**<br>**UNITED KINGDOM** | **Common Shares** | **65000** | |
| **Jasmine Shong**<br>**804 Newkirk Street**<br>**Philadelphia, PA 19130** | **Common Shares** | **612** | |
| **Jean Bennett**<br>**182 Fishers Road**<br>**Bryn Mawr, PA 19010** | **Common Shares** | **54243** | |

Sheet 1 of 3 in List of Equity Security Holders

In re:  **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                    Case No.  **23-41067**

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jodi Kennedy**<br>**192 Mount Vernon St**<br>**Dedham, MA 02026** | **Common Shares** | **10000** | |
| **Junwei Sun**<br>**607 Christian Street**<br>**Philadelphia, PA 19147** | **Common Shares** | **9572** | |
| **Keerthana Subramanian**<br>**360 Riverway Apt17**<br>**Boston, MA 02115** | **Common Shares** | **8983** | |
| **Krishna J. Fisher**<br>**81 E. LaCrosse Ave**<br>**Lansdowne, PA 19050** | **Common Shares** | **6381** | |
| **Phil Johnson**<br>**700 Williamson Rd**<br>**Bryn Mawr, PA 19010** | **Common Shares** | **8000** | |
| **Qin Yu**<br>**3717 Chestnut Street**<br>**#105**<br>**Philadelphia, PA 19104** | **Common Shares** | **38502** | |
| **Rosario Fernandez-Godino**<br>**26 Dana St Apt 1**<br>**Somerville, MA 02145** | **Common Shares** | **2000** | |
| **Samiksha Shah**<br>**83 Winchester Street**<br>**Brookline, MA 02446** | **Common Shares** | **4500** | |
| **Sneha Patel**<br>**175H Centre St Apt818**<br>**Quincy, MA 02169** | **Common Shares** | **2203** | |
| **Steven Nichtberger**<br>**1415 Colton Road**<br>**Galdwyne, PA 19035** | **Common Shares** | **26286** | |
| **The Trustees of the University of Pennsylvania**<br>**3600 Civic Center Boulevard, 9th Floor**<br>**c/o Penn Center for Innovation**<br>**Philadephia, PA 19104** | **Common Shares** | **147058** | |

List of equity security holders consists of 3 total page(s)

In re: **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**                    Case No. **23-41067**

                                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President, Secretary & Treasurer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 22, 2023**                    Signature /s/ _Charles Allen_

                                           **Charles Allen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

# United States Bankruptcy Court
### District of Massachusetts

In re   __Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC__     Case No.   __23-41067__

Debtor(s)     Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ATP Life Science Ventures, L.P.**
**230 Park Avenue, Suite 2800**
**New York, NY 10169**

☐ None [*Check if applicable*]

**December 22, 2023**           **/s/ Andrew G. Lizotte, Esq.**

Date                          **Andrew G. Lizotte, Esq.**

Signature of Attorney or Litigant
Counsel for   **Intergalactic Therapeutics, Inc., f/k/a IGTX, LLC**
**Murphy & King**
**28 State Street**
**Suite 3101**
**Boston, MA 02109**
**617-423-0400 Fax:617-423-0498**
**Alizotte@murphyking.com**