## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> **INTERGALACTIC THERAPEUTICS, INC. f/k/a IGTX, LLC** <br><br> Debtor. | **Chapter 11** <br><br> **Case No. 23-41067-EDK** |

### MOTION TO REJECT UNEXPIRED LEASE PURSUANT TO STIPULATION

### *(Expedited Determination Requested)*

Intergalactic Therapeutics, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned case, hereby requests pursuant to 11 U.S.C. § 365 and Rule 9019 of the Federal Rules of Bankruptcy Procedure that the Court enter an order authorizing rejection of an unexpired lease and approving the Stipulation of Rejection dated February 21, 2024, attached to this motion as Exhibit A (the "Stipulation") between and among the Debtor and CSC Leasing Co. ("CSC").  In further support of this motion, the Debtor states as follows:

### JURISDICTION

1.      This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408.

2.      The statutory predicates for this motion are 11 U.S.C. § 365, Rules 2002 and 9019(a) of the Federal Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rules 2002-1 and 9019-1.

1

## BACKGROUND

3.    On December 19, 2023 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code.

4.    The Debtor formerly had a principal place of business at 150 Cambridgepark Drive, Suite 800 in Cambridge, Massachusetts (the "Premises") pursuant to a lease ("Real Property Lease") between the Debtor and PPF OFF 150 Cambridge Park Drive, LLC ("Landlord").  The Real Property Lease was terminated on October 2, 2023, and the Debtor has since vacated the Premises.  The Landlord was granted a judgment for possession on November 30, 2023.

5.    The Debtor entered into a Master Lease Agreement with CSC Leasing Company ("CSC") in August 2021.  Pursuant to the Master Lease Agreement and subsequently executed lease schedules (collectively, the "Lease Documents"), the Debtor leased numerous items of laboratory equipment and office equipment (the "Leased Equipment").

6.    Prepetition, the Debtor provided CSC access to the Premises so that it could recover a number of items of Leased Equipment.  The remaining Leased Equipment is located at the Premises and at 2050 Revere Beach Pkwy, #2071, Everett, Massachusetts, a storage unit operated by Extra Space Storage (the "Storage Unit").  The Debtor and the estate does not have a need for the remaining Leased Equipment.

## RELIEF REQUESTED

7.    Subject to the approval of the Court, Section 365(a) of the Bankruptcy Code provides the Debtor with the statutory predicate to reject executory contracts.  *See* 11 U.S.C. § 365(a); *In re Orion Pictures Corp.*, 4 F.3d 1095, 1098 (2d Cir. 1993) (purpose behind allowing rejection of executory contracts and unexpired leases is to permit the estate to "renounce title to

and abandon burdensome property"). Section 365 permits a debtor-in-possession to reject those contracts that do not benefit the bankruptcy estate. *See In re Plitt Amusement Co. of Washington, Inc.*, 233 B.R. 837, 840 (Bankr. C.D. Cal. 1999) (citing *Metropolitan Airports Comm'n v. Northwest Airlines, Inc.*, 6 F.3d 492, 494 (7th Cir. 1993).

8.      Rejection of an executory contract or unexpired lease is governed by the business judgment standard. *See In re Malden Brooks Farm, LLC*, 435 B.R. 81 (Bankr. D. Mass. 2010) (in this circuit, the test governing motions to assume or reject is the business judgment rule); *In re A.J. Lane & Co.*, 107 B.R. 435 (Bankr. D. Mass. 1989).

9.      The Debtor is not operating, has no need for the Leased Equipment, and no longer has access to a majority of the Leased Equipment. The Debtor, in consultation with its counsel, financial advisor, and investment banker, has determined that no purchaser would be interested in the assumption and assignment of the Lease Documents. Therefore, the Debtor seeks to reject the Lease Documents effective as of the date immediately prior to the Petition Date pursuant to the Stipulation.

10.      The Debtor requests expedited determination in order to allow CSC to remove and recover the Leased Equipment from the Premises while Marlinspike, the Debtor's previous subtenant remains in possession of the Premises. Upon information and belief Marlinspike intends to vacate the Premises by the end of the month.

[*this space intentionally left blank*]

3

**WHEREFORE**, the Debtor requests that the Court enter an order (a) authorizing the

Debtor to reject the Leased Documents; (b) approving the Stipulation; and (c) granting such

other relief as the Court deems just and proper.

Respectfully submitted

INTERGALACTIC
THERAPEUTICS, INC.
By its counsel,

*/s/ Leah A. O'Farrell*
Andrew G. Lizotte (BBO #559609)
Leah A. O'Farrell (BBO #708424)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
lofarrell@murphyking.com

Dated: February 21, 2024

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| *In re:* | ) | Chapter 11 |
|  | ) |  |
| Intergalactic Therapeutics, Inc. | ) | Case No. 23-41067-EDK |
| f/k/a IGTX, LLC, | ) |  |
|  | ) |  |
| *Debtor.* | ) |  |
|  | ) |  |

## STIPULATION OF REJECTION AS TO UNEXPIRED LEASE

This Stipulation (the "Stipulation") is entered into by and between Intergalactic Therapeutics, Inc. f/k/a IGTX, LLC (the "Debtor") and CSC Leasing Co. ("CSC", and together with the Debtor, the "Parties"; each, a "Party"). The Parties stipulate and agree as follows:

## RECITALS

A.    Prepetition, on August 16, 2021, CSC, as lessor, and the Debtor, as lessee, executed that certain Master Equipment Lease, Agreement No. 2021105 (the "Master Lease") by which CSC and the Debtor agreed to the basic terms that CSC would lease equipment and personal property (the "Leased Equipment"[1]) to the Debtor.

B.    Pursuant to the Master Lease, between June 2022 and October 2022, CSC and the Debtor executed lease schedules A through D, F, and G (the "Lease Schedules"), as well as an acceptance certificate corresponding to each Lease Schedule, by which the Debtor certified that (A) it had inspected, installed, and placed in good working order each item of Leased Equipment; and (B) that the Debtor was obligated to pay all amounts due to CSC under the Lease Documents (the "Acceptance Certificates"; and together with the Master Lease and Lease Schedules, as well

---

[1] Schedule 1, attached hereto, is a complete and accurate list of the Leased Equipment including representations by CSC as to those items of Leased Equipment it asserts to have since recovered.

as all related supplements, notices, addenda, and certificates, the "Lease Documents").

C.    In connection with the Leased Equipment and Lease Documents, the Debtor paid to CSC an advance payment and security deposit in the amount of $54,261.00 (the "CSC Deposit")

D.    The Leased Equipment is located at 150 Cambridge Park Drive – Level 8, Cambridge, Massachusetts 02140-2748 (the "Cambridge Premises"), which is owned by a third-party (the "Landlord") and 2050 Revere Beach Pkwy, #2071, Everett, Massachusetts, a storage unit operated by a third-party, Extra Space Storage (the "Storage Unit").

E.    Prepetition, the Debtor provided access to CSC so that it could recover a limited number of items of Leased Equipment.  The Debtor vacated the Cambridge Premises prior to the Petition Date.  The Cambridge Premises lease was terminated, and the Landlord obtained a judgment for possession on November 30, 2023.

F.    On December 19, 2023 (the "Petition Date"), the Debtor filed with the Court a voluntary petition seeking relief pursuant to chapter 11 of title 11 of the U.S. Code.  (ECF No. 1.)

G.    On the Petition Date, the Debtor filed with the Court the *Debtor's Emergency Motion For Approval Of Debtor-In-Possession Financing* (the "DIP Motion"; ECF No. 3), seeking entry of a final Order that approves the Debtor to borrow up to $750,000.00 from the DIP Lender, which loan would be secured by senior, first priority liens in Collateral, as defined in the DIP Motion.  The Collateral does not include the Leased Equipment, and no liens in favor of the DIP Lender, or any other third-party, encumber or attach to CSC's Leased Equipment.  Subject only to the Debtor's leasehold interest—which leasehold rights are modified by this Stipulation—CSC owns the Leased Equipment free and clear of all liens, claims, interests, and encumbrances.

H.    To date, the Lease Documents have not been assumed and assigned or rejected by the Debtor.

I.      The Debtor does not have a need for the Leased Equipment, and, in an exercise of its business judgment, the Debtor seeks to reject the Lease Documents, pursuant to the terms of this Stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED:

1.      The above recitals are incorporated by reference into this Stipulation with the same force and effect as if fully set forth herein.

2.      Pursuant to 11 U.S.C. § 365(g)(1), the Lease Documents shall be deemed rejected, terminated, and concluded effective as of the date immediately prior to the Petition Date (the "Rejection Effective Date").  No further writing or authorization is necessary to effectuate the termination and rejection of the Lease Documents as of the Rejection Effective Date.

3.      Pursuant to 11 U.S.C. § 365(p)(1), as to the Leased Equipment, the CSC Deposit, and the Lease Documents, the automatic stay shall be deemed terminated.  All interests and rights of the Debtor, and its bankruptcy estate, in the Leased Equipment and the CSC Deposit are surrendered to CSC.

4.      The Debtor, and its respective agents and representatives, shall provide to CSC—including CSC's agents and representatives— (a) contact information for MarlinSpike in connection with the Cambridge Premises and (b) reasonable assistance in terms of access to the Storage Unit so that CSC may remover and recover any and all of the items that comprise Leased Equipment.

5.      Except as may be expressly stated in this Stipulation, this Stipulation shall not be deemed to release, waive, impair, enhance, and/or otherwise affect a Party's rights, claims, defenses, and remedies regarding the Leased Equipment and/or the Lease Documents, including

any Party's default rights, for which the Debtor's and CSC's respective rights, claims, defenses, and remedies are expressly preserved, including, without limitation, as to the amount, validity, priority, and other status of any proofs of claim, administrative expense claim, claim for damages, rejection damages, and/or other pre- or post-petition amounts that may be due and owing to CSC from the Debtor and arising from, or related to, the Lease Documents and/or the Leased Equipment.  The March 8, 2024 deadline and bar date shall apply to CSC regarding any prepetition proof of claim, including for rejection damages, that CSC may hold against the Debtor and/or its bankruptcy estate.  Nothing in this Stipulation shall release, waive, and/or discharge any rights, claims, remedies, and/or defenses held among, and between, CSC, and/or any non-debtor entities.

6.      The terms and conditions of this Stipulation shall be binding on any successors to the Debtor and/or its bankruptcy estate, including, without limitation, any reorganized debtor and/or trustees, and the terms and conditions of this Stipulation shall survive (a) the conversion of this bankruptcy case to proceedings under chapter 7 of the bankruptcy code, and/or (b) the dismissal and closing of this bankruptcy case.

7.      The terms and conditions of this Stipulation shall be effective immediately upon Court approval of this Stipulation, and any applicable stay that would delay the effectiveness of this Stipulation, and its terms, is hereby WAIVED.

8.      The Parties, and their respective agents, representatives, and contractors, are authorized to take all necessary to effectuate and implement the relief and transactions authorized and granted pursuant to this Stipulation.

9.      The Court retains exclusive jurisdiction with respect to any disputes arising from or other actions to interpret, administer, and/or enforce the terms and provisions of this Stipulation.

DATED: 2/21/24

DATED: 2/21/24

_/s/James K. Donaldson_
James K. Donaldson, Esq.
Woods Rogers Vandeventer Black, PLC
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1600
Richmond, VA 23219
(804) 343-5028 (telephone)
jed.donaldson@wrvblaw.com

_/s/ Andrew G. Lizotte     ._
Andrew G. Lizotte, Esq.
Leah Anne O'Farrell, Esq.
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400 (telephone)
lofarrell@murphyking.com

*Counsel for CSC Leasing Co.*

*Counsel to the Debtor and Debtor in
Possession*

## SCHEDULE 1 – LEASED EQUIPMENT

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| A | Bio-Rad | C1000 | Touch Thermal Cycler w/ 96-Deep Well, Rxn | | Lab / Bio |
| A | Bio-Rad | QX200 | AutoDG ddPCR System | | Lab / Bio |
| A | Bio-Rad | ENP | Digital PCR w/ ADG OS | | Lab / Bio |
| A | Bio-Rad | ddPCR Plates | Plates 96-Well, Semi-Skirted, 25/BX | | Lab / Bio |
| A | Bio-Rad | ddPCR Buffer | 2xBuffer Control, Probes, 2x4.5mL | | Lab / Bio |
| A | Bio-Rad | PX1 | PCR Plate Sealer | | Lab / Bio |
| A | Bio-Rad | AutoDG Oil | For Probes, 1x140mL | | Lab / Bio |
| A | Bio-Rad | Pipet Tips | Pipet Tips for AutoDG, 20/PK | | Lab / Bio |
| A | Bio-Rad | Waste Bins | Waste Bins for AutoDG, 10/PK | | Lab / Bio |
| A | Bio-Rad | ddPCR Droplet Reader | Droplet Reader Oil, 2x1L | | Lab / Bio |
| A | Bio-Rad | Heat Seal | Pierceable Foil Heat Seal, 100/PK | | Lab / Bio |
| A | Bio-Rad | ddPCR Smx | For Probes (no dUTP), 5x1mL | | Lab / Bio |
| A | Bio-Rad | DG32 | AutoDG Cartridges, 30/PK | | Lab / Bio |
| A | Bio-Rad | ENP | PCR Plate Sealer MI | | Lab / Bio |
| A | Bio-Rad | ENP | PCR 2 MI | | Lab / Bio |

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| A | Spectrum | DigitizerNETBOX | Remote Ethernet (LAN/LEXI) Interface - 4 Channels, 230V; w/ AC Power Cable | | Router |
| A | Li-Cor Biosciences | Odyssey DLx | Imaging System | 9142-02P | Lab / Bio |
| A | Allsteel | | (16) 42"H LOCKERS WITH LAMINATE TOP | | Furniture |
| A | DeskMakers | | OVERTURE RECEPTION DESK | | Furniture |
| A | Global Accord | | 35x HIGH BACK CONFERENCE CHAIR | | Furniture |
| A | Allsteel | | 12x EVO OFFICE GUEST CHAIR | | Furniture |
| A | Allsteel | | STURCTURE CAFE BAR TOP | | Furniture |
| A | Allsteel | | ALIGN (8) 42"H LOCKERS WITH LAMINATE TOP | | Furniture |
| A | Allsteel | | 90x Evo Task Chair | | Furniture |
| A | Allsteel | | 6x PIVOT HEAVY DUTY SINGLE MONITOR ARM | | Furniture |
| A | Allsteel | | EVO TASK CHAIR W/ SOFT CASTERS | | Furniture |
| A | Nienkamper | | 8x VOX NESTING CONFERENCE TABLE | | Furniture |
| A | Allsteel | | LARGE CONFERENCE TABLE, STRUCTURE 48X120 | | Furniture |
| A | Allsteel | | 60" DIAMETER ROUND CONFERENCE TABLE | | Furniture |
| A | Nienkamper | | SIMPLE LAMINATE STORAGE CREDENZA | | Furniture |
| A | Nienkamper | | 15x GLOBAL PREFER HUDDLE CHAIR | | Furniture |

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| A | Source | | 3x MELLO ROUND OTTOMAN | | Furniture |
| A | Allsteel | | 3x STURCTURE 54X72 HUDDLE TABLE | | Furniture |
| A | OFS | | 3x SKARA LOW BACK LOUNGE CHAIR | | Furniture |
| A | Allsteel | | 4x RECHARGE LAMINATE LAPTOP TABLE | | Furniture |
| A | OFS | | ROWEN ARMLESS TWO SEAT SOFA | | Furniture |
| A | OFS | | 2x LONA RECEPTION LOUNGE CHAIR | | Furniture |
| A | OFS | | WYRE 34"DIAMETER COFFEE TABLE | | Furniture |
| A | Source | | 18x CELEBRATE POLY CAFE CHAIR | | Furniture |
| A | Martin Brattrud | | K-2 CUSTOM BANQUETTE | | Furniture |
| A | Allsteel | | 4x STRUCTURE 30"SQUARE CAFE TABLE | | Furniture |
| A | Allsteel | | 3x 36"SQUARE CAFE TABLE | | Furniture |
| A | Source | | 10x CELEBRATE POLY BARSTOOL | | Furniture |
| A | Allsteel | | 2x STRUCTURE 36 ROUND BAR HEIGHT CAFE TABLE | | Furniture |
| A | Allsteel | | AWARE 72"W LAMINATE CREDENZA | | Furniture |
| A | JSI | | INDIE LOUNGE CHAIR & OTTOMAN | | Furniture |
| A | Allsteel | | 2x ALIGN (5) 42"H LOCKERS WITH | | Furniture |

3

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| A | Ghent | | 11x ARIA 4X5 GLASSBOARD | | Furniture |
| A | Allsteel | | 13x INSPIRE POLY BACK UPHOLSTERED SEAT LAB STOOL | | Furniture |
| A | Allsteel | | 84x FURTHER A8 BENCHING WORKSTATION | | Furniture |
| A | Allsteel | | 6x APPROACH PRIVATE OFFICE | | Furniture |
| A | Humanscale | | 9x DEAN CLAMP MOUNT POWER CADDY | | Furniture |
| A | Allsteel | | 91x NEAT TECH WIRE MANAGER | | Furniture |
| A | Allsteel | | 85x PIVOT SINGLE MONITOR ARM | | Furniture |
| B | AccuSync | 72 | ECG Trigger Monitor w/ Accessories | A72218695 | Lab / Bio |
| B | BioTek | C10PHC2 | Cytation C10 Confocal Imaging Reader | | Lab / Bio |
| B | Agilent Technologies | 1940010 | Laser Light Engine | | Lab / Bio |
| B | Agilent Technologies | 1940003 | Anti-vibration Table | | Lab / Bio |
| B | Agilent Technologies | GEN5IPRIME | Gen5 Microplate Reader and Imager Software | | Lab / Bio |
| B | Agilent Technologies | NC1936443 | High Performance Imaging Control | VN00011145 | Lab / Bio |
| B | Agilent Technologies | BT1945103 | CONFOCAL DAPI FILTER CUBE | | Lab / Bio |
| B | Agilent Technologies | BT1945104 | CONFOCAL GFP FILTER CUBE | | Lab / Bio |
| B | Agilent Technologies | BT1945106 | CONFOCAL TRITC FILTER CUBE | | Lab / Bio |

4

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| B | Agilent Technologies | BT1945102 | CONFOCAL CY5F FILTER CUBE | | Lab / Bio |
| B | Agilent Technologies | BT1220519 | IMAGINE 4X OBJECTIVE | | Lab / Bio |
| B | Agilent Technologies | BT1220518 | IMAGING 10X OBJECTIVE | | Lab / Bio |
| B | Agilent Technologies | BT1220517 | IMAGING 20X OBJECTIVE | | Lab / Bio |
| B | Agilent Technologies | BT1220544 | IMAGING 40X OBJECTIVE | | Lab / Bio |
| B | Agilent Technologies | BT1220545 | IMAGING 60X OBJECTIVE | | Lab / Bio |
| B | Agilent Technologies | BT1225100 | IMAGING FILTER CUBE DAPI | | Lab / Bio |
| B | Agilent Technologies | BT1225007 | LED CUBE | | Lab / Bio |
| B | Agilent Technologies | BT1225101 | IMAGING FILTER CUBE GFP | | Lab / Bio |
| B | Agilent Technologies | BT1225001 | IMAGING LED GFP/CFP | | Lab / Bio |
| B | Agilent Technologies | BT1225102 | IMAGING FILTER CUBE TEXAS RED | | Lab / Bio |
| B | Agilent Technologies | BT1225002 | IMAGING LED TEXAS RED | | Lab / Bio |
| B | Agilent Technologies | BT1225010 | LASER AUTOFOCUS | | Lab / Bio |
| C | PIXUL | | Multi-sample Sonicator | | Lab / Bio |
| C | Other | M5-PM1-OS | 1PM ONSITE PERFORMANCE ASSURANCE SERVICE PLAN FOR SPECTRAMAX M5 | | Lab / Bio |
| C | Other | SPECTRAMAX M5 | Microplate Reader | MV07634,5882 7206035988832 72 | Lab / Bio |

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| C | Other | M5-PM1-OS | 1PM ONSITE PERFORMANCE ASSURANCE SERVICE PLAN FOR SPECTRAMAX M5 | | Lab / Bio |
| C | Other | M5-PM1-OS | 1PM ONSITE PERFORMANCE ASSURANCE SERVICE PLAN FOR SPECTRAMAX M5 | | Lab / Bio |
| C | 10X Genomics | GCG-SR-1 | Chromium Controller & Accessory Kit | | Lab / Bio |
| C | AB Sciex | PA 800 Plus | Pharmaceutical Analysis System | A47385AR012 0220003 | Lab / Bio |
| C | Agilent Technologies | SYS-TS-4200B | Tapestation 4200 B Series | | Lab / Bio |
| C | Agilent Technologies | G2991BA | 4200 TapeStation system | DEDAC00758, DEW0847650 | Lab / Bio |
| C | QuantStudio | 6 Pro Real-Time PCR System | 96-well, 0.2 mL, laptop | | Lab / Bio |
| D | Miltenyi Biotec | gentleMACS Octo Dissociator | Automated Dissociation/Homogenization System | 4105 | Lab / Bio |
| D | Miltenyi Biotec | gentleMACS Octo Dissociator | Automated Dissociation/Homogenization System | 4106 | Lab / Bio |
| D | Miltenyi Biotec | gentleMACS Octo Dissociator | Automated Dissociation/Homogenization System | 4107 | Lab / Bio |
| D | Miltenyi Biotec | gentleMACS Octo Dissociator | Automated Dissociation/Homogenization System | 4108 | Lab / Bio |
| D | Repligen | KR2I TFF SYSTEM | KF COMM 2C w/ Scale | | Lab / Bio |
| D | Repligen | KRJR Pump | Dialysis Pump, 300 RPM | | Lab / Bio |
| D | Repligen | KRJR Pump | Dialysis Pump, 300 RPM | | Lab / Bio |
| D | Miele | PG 8583 | Laboratory Glassware Washer with DI Water Connection, 208V | | Lab / Bio |
| D | Miele | 9862400 | Professional Cooldown Kit for Dishwasher | | Lab / Bio |

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| D | Miele | A 101 | Upper Basket, Open Front for Dishwasher | | Lab / Bio |
| D | Miele | A 150 | Lower Basket for Modules | | Lab / Bio |
| D | Miele | A 301/5 | 2x Module For Optimum Loading of Laboratory Glassware | | Lab / Bio |
| D | Miele | AK 12/1 | Mesh Basket Insert | | Lab / Bio |
| D | Miele | A 14/1 | Cover | | Lab / Bio |
| D | Miele | ProCare Lab 10 AP - 5 l | 2x Liquid Detergent, Alkaline, 5 | | Software |
| D | Miele | ProCare Lab 30 C | Neutralizing Agent, Acidic, 5 | | Software |
| D | Global | | Fraction Collector F9-C | 2873592 | Lab / Bio |
| D | Global | | AKTA pure 25 M | 2922996 | Lab / Bio |
| D | Global | | Unicorn 7 Workstation Pure BP exp | | Lab / Bio |
| D | Global | | Inlet Valve Kit (v9-IA) | 2849518 | Lab / Bio |
| D | Global | | Inlet Valve Kit (v9-IAB) | 2845199 | Lab / Bio |
| D | Global | | Sample pump s9 | 2913475 | Lab / Bio |
| D | Global | | Column valve V9-C2 | 2786623 | Lab / Bio |
| D | Global | | pH Valve Kit (V9-pH) | 2855819 | Lab / Bio |
| D | Global | | pH Electrode | 17589036 | Lab / Bio |

7

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| D | Global | | Outlet Valve Kit (V9-Os, 1-out | 2842806 | Lab / Bio |
| D | Global | | Extension Box | | Lab / Bio |
| D | Global | | Inlet Filter Assembly | | Lab / Bio |
| D | Global | | Cassette tray | | Lab / Bio |
| D | Global | | Cassette, for 15 ml tubes (2-p | | Lab / Bio |
| D | Global | | Cassette, for 50 ml tubes (2 | | Lab / Bio |
| D | Global | | UNICORN 7 Remote | | Lab / Bio |
| D | Consolidated Sterilizer Systems | SR-24C-X1 | 24" ?? 36" ?? 36" Chamber Single Door Sterilizer | 62022 | Lab / Bio |
| D | Eppendorf | DASGIP System | Configurable Parallel Bioreactor System; with Accessories | 111 | Lab / Bio |
| D | Eppendorf | VisiFerm OD12 | DO Sensor (Optical) - Autoclavable | | Lab / Bio |
| F | Thermo Fisher Scientific | 1303 A2 SS 6 FT | Bio Safety CabinetPackage 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Spectre x360 | i7-5500U@2.4Ghz,8GB RAM,512GB SDD | | Lab / Bio |
| F | Thermo Fisher Scientific | 1302 A2 SS 6 FT | Bio Safety CabinetPackage 120V | | Lab / Bio |

8

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| F | Thermo Fisher Scientific | 1304 A2 SS 4 FT | Bio Safety CabinetPackage 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | 75775719/82746 | Fixed-Angle Microtube Rotor | | Lab / Bio |
| F | Thermo Fisher Scientific | F23-48 x 1.5 | Fiberlite Fixed Angle Rotor | | Lab / Bio |
| F | PerkinElmer | | Imaging System Installation | | Lab / Bio |
| F | PerkinElmer | RAS-4 CLS146737 | Rodent Anesthesia System | RA2203N0741 | Lab / Bio |
| F | Thermo Fisher Scientific | 1300 A2 SS 6 FT | Bio Safety CabinetPackage 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | FBG45CPLA | Lab Refrigerator,Sliding Door 115V/60HZ | | Lab / Bio |
| F | Thermo Fisher Scientific | 1303 A2 SS 4 FT | Bio Safety CabinetPackage 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | 1300 A2 SS 4 FT | Bio Safety CabinetPackage 120V | | Lab / Bio |
| *F[1]* | *Thermo Fisher Scientific* | *1301 A2 SS 4 FT* | *Bio Safety CabinetPackage 120V* | | *Lab / Bio* |
| *F[1]* | *Thermo Fisher Scientific* | *1302 A2 SS 4 FT* | *Bio Safety CabinetPackage 120V* | | *Lab / Bio* |
| *F[1]* | *Thermo Fisher Scientific* | *1301 A2 SS 6 FT* | *Bio Safety CabinetPackage 120V* | | *Lab / Bio* |
| F | Thermo Fisher Scientific | TX-1000 Adapter | Microplate Adapters | | Lab / Bio |
| F | Thermo Fisher Scientific | Sorvall LYNX 4000 | Superspeed Centrifuge, 200/240V, 50/60Hz | | Lab / Bio |

[1] Equipment returned to CSC prepetition.

9

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| F | Thermo Fisher Scientific | ST8 | Small Benchtop Centrifuge | | Lab / Bio |
| F | Thermo Fisher Scientific | FBG45CPLA | Lab Refrigerator,Sliding Door 115V/60HZ | | Lab / Bio |
| F | Thermo Fisher Scientific | FBG45CPLA | Lab Refrigerator,Sliding Door 115V/60HZ | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | PerkinElmer | | Shipping & Handling | | Lab / Bio |
| F | Thermo Fisher Scientific | Heracell Vios 160i | Stainless Steel CR CO2 Incubator, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | Multifuge X4 | Pro Centrifuge Series, 120V | | Lab / Bio |
| F | Thermo Fisher Scientific | F23-48 x 1.5 | Fiberlite Fixed Angle Rotor | | Lab / Bio |
| F | PerkinElmer | IVIS Lumina III CLS136331 | In Vivo Imaging System | IS2208N8429 | Lab / Bio |
| F | PerkinElmer | 123177 XFOV-24 | Wide Angle Lens Attachment | | Lab / Bio |
| F | Thermo Fisher Scientific | FBV20RPSA | Isotemp Lab. Refrigerator, 115V/60Hz | | Lab / Bio |
| F | Thermo Fisher Scientific | FBV20RPSA | Isotemp Lab. Refrigerator, 115V/60Hz | | Lab / Bio |
| F | Thermo Fisher Scientific | FBV20RPSA | Isotemp Lab. Refrigerator, 115V/60Hz | | Lab / Bio |
| F | Thermo Fisher Scientific | FBV20RPSA | Isotemp Lab. Refrigerator, 115V/60Hz | | Lab / Bio |
| F | Thermo Fisher Scientific | FBV20RPSA | Isotemp Lab. Refrigerator, 115V/60Hz | | Lab / Bio |

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| F | Eppendorf | 5427R | MicroCentrifuge | 22620700 | Lab / Bio |
| F | Thermo Fisher Scientific | CryoPlus 3 | Vapor Phase Start Kit | | Lab / Bio |
| G | INFORS HT | Multitron | Standard Package, Double 25 mm Throw With Cooling | F8930322BT2 | Lab / Bio |
| G | INFORS HT | Multitron | Standard Package, Double 25 mm Throw With Cooling | F8940322BT2 | Lab / Bio |
| G | INFORS HT | I50110 | 4x Slide-Out Static Shelf | | Lab / Bio |
| G | INFORS HT | MSTRAY | 4x Sticky Tray Upgrade | | Lab / Bio |
| G | Thermo Fisher Scientific | TSX60086A | ULT Freezer, 115V | 1125735201220420 | Lab / Bio |
| *G²* | *Thermo Fisher Scientific* | *TSX60086A* | *ULT Freezer, 115V* | *1125774301220500* | *Lab / Bio* |
| G | Thermo Fisher Scientific | TSX60086A | ULT Freezer, 115V | 1125775501220500 | Lab / Bio |
| G | Thermo Fisher Scientific | TSX60086A | ULT Freezer, 115V | 1125739601220500 | Lab / Bio |
| G | Thermo Fisher Scientific | TSX60086A | ULT Freezer, 115V | 1125771501220500 | Lab / Bio |
| *G²* | *Thermo Fisher Scientific* | *TSX60086A* | *ULT Freezer, 115V* | *1125776001220500* | *Lab / Bio* |
| G | Thermo Fisher Scientific | | Freight | | Delivery |
| G | Thermo Fisher Scientific | TSX2320HA | HC Flammable Storage Freezer | 142138501220324 | Lab / Bio |
| G | Thermo Fisher Scientific | TSX2320HA | HC Flammable Storage Freezer | 142138901220324 | Lab / Bio |

[2] Equipment returned to CSC prepetition.

| Lease Schedule | Manufacturer | Model No. | Description | Serial No. | Equip. Type |
|---|---|---|---|---|---|
| G | Thermo Fisher Scientific | TSX2320HA | HC Flammable Storage Freezer | 142152101220328 | Lab / Bio |
| G | Thermo Fisher Scientific | TSX2320HA | HC Flammable Storage Freezer | 142171501220331 | Lab / Bio |
| G | Thermo Fisher Scientific | TSX2320HA | HC Flammable Storage Freezer | 141948101220215 | Lab / Bio |
| G | Thermo Fisher Scientific | TSX2320HA | HC Flammable Storage Freezer | 141924101220216 | Lab / Bio |
| G | Eppendorf | 89428-670 | SMARTBLOCK 15 ML, thermoblock for 8 conical tubes | | Lab / Bio |
| G | Eppendorf | ThermoMixer C | Incubator mixer | | Lab / Bio |
| G | Eppendorf | ThermoMixer C | Incubator mixer | | Lab / Bio |
| G | Eppendorf | 89428-672 | SMARTBLOCK 50 M, thermoblock for 4 conical tubes | | Lab / Bio |
| G | Eppendorf | 89428-672 | SMARTBLOCK 50 M, thermoblock for 4 conical tubes | | Lab / Bio |
| G | Eppendorf | 89428-670 | SMARTBLOCK 15 ML, thermoblock for 8 conical tubes | | Lab / Bio |