**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **In re:** | |
| **INTERGALACTIC THERAPEUTICS, INC.** **f/k/a IGTX, LLC** | **Chapter 11** |
| | **Case No. 23-41067-EDK** |
| **Debtor.** | |

**NOTICE OF FILING OF: PROPOSED ORDER ON DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE PURSUANT TO STIPULATION**

Intergalactic Therapeutics, Inc., the debtor and debtor-in-possession in this matter

respectfully submit the Proposed Order on Debtor's Motion to Reject Unexpired Lease Pursuant

to Stipulation (the "Proposed Order"), attached hereto as Exhibit A. PPP off 150 Cambridge

Park Drive, LLC and CSC Leasing Co. assent to the entry of the Proposed Order.

Respectfully submitted

INTERGALACTIC
THERAPEUTICS, INC.
By its counsel,

*/s/ Leah A. O'Farrell*
Andrew G. Lizotte (BBO #559609)
Leah A. O'Farrell (BBO #708424)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
lofarrell@murphyking.com

Dated: February 29, 2024

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **INTERGALACTIC THERAPEUTICS, INC. f/k/a IGTX, LLC** | **Case No. 23-41067-EDK** |
| **Debtor.** | |

**ORDER ON DEBTOR'S**
**MOTION TO REJECT UNEXPIRED LEASE PURSUANT TO STIPULATION**

Upon the Motion of Intergalactic Therapeutics, Inc. (the "Debtor'), to Reject Unexpired Lease Pursuant to Stipulation (the "Motion") [ECF No. 79]; and this Court having considered the limited objection [ECF No. 83] filed to the Motion; and a hearing having been held on February 29, 2024 (the "Hearing"); and good cause appearing therefor, it is hereby ORDERED that the Motion is granted, in part, subject to the terms of this Order.

1.      Pursuant to 11 U.S.C. § 365(g)(1), the Lease Documents[1] shall be deemed rejected, terminated, and concluded effective as of the date immediately prior to the Petition Date (the "Rejection Effective Date").

2.      CSC Leasing Co. ("CSC') shall coordinate with the Landlord to access the Premises to retrieve the Leased Equipment, including providing reasonable prior notice to Landlord, and shall comply with the Landlord's reasonable requirements for retrieving the Leased Equipment.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

1

3.      The Court will hold a further hearing on the Motion on **March 8, 2024, at 10:00**

**a.m.**  The hearing will be held in person at the United States Bankruptcy Court, Donohue Federal

Building, 595 Main Street, #311, Worcester, MA, in Courtroom 3.

4.      The Debtor shall by **March 1, 2024**, file and serve a supplement to the Motion as

directed by the Court.

_____
Hon. Elizabeth D. Katz
U.S. Bankruptcy Court Chief Judge

Dated: March \_, 2024

2