# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**INTERGALACTIC THERAPEUTICS, INC.**<br>**f/k/a IGTX, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 23-41067-EDK |

### NOTICE OF FILING OF: PROPOSED ORDER ON DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE PURSUANT TO STIPULATION

Intergalactic Therapeutics, Inc., the debtor and debtor-in-possession in this matter respectfully submit the Proposed Supplemental Order on Debtor's Motion to Reject Unexpired Lease Pursuant to Stipulation (the "Proposed Supplemental Order"), attached hereto as Exhibit A.

Respectfully submitted

INTERGALACTIC
THERAPEUTICS, INC.
By its counsel,

*/s/ Leah A. O'Farrell*
Andrew G. Lizotte (BBO #559609)
Leah A. O'Farrell (BBO #708424)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
lofarrell@murphyking.com

Dated: March 7, 2024

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**INTERGALACTIC THERAPEUTICS, INC.**<br>**f/k/a IGTX, LLC**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 23-41067-EDK** |

**SUPPLEMENTAL ORDER ON DEBTOR'S**
**MOTION TO REJECT UNEXPIRED LEASE PURSUANT TO STIPULATION**

Upon the Motion of Intergalactic Therapeutics, Inc. (the "Debtor"), to Reject Unexpired Lease Pursuant to Stipulation (the "Motion") [ECF No. 79]; and this Court having considered the limited objection [ECF No. 83] filed to the Motion; and a hearing having been held on February 29, 2024; and the Court having entered an Order dated March 1, 2024, granting the Motion, in part [ECF No. 90]; and the Debtor having filed a *Supplement* to the Motion [ECF No. 88], and a continued hearing having been held on March 8, 2024; and good cause appearing therefor, it is hereby ORDERED that the Motion is granted, as follows:

1. The Stipulation, which is attached as Exhibit A to the Motion is hereby approved.

2. The Debtor and CSC, each, reserve all respective rights, claims, and defenses with respect to the manner in which the CSC Deposit[1] is applied and with respect to a determination of any remaining claims that CSC may assert in the case.

---

[1] Terms not defined herein shall have the meanings ascribed in the Stipulation, which is attached to the Motion as Exhibit A.

3. CSC shall file any prepetition proof of claim by March 18, 2024.

                                                                                                                              _____

                                                                                                                             Hon. Elizabeth D. Katz
                                                                                                                             Chief U.S. Bankruptcy Court Judge

Dated: March \_, 2024